IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>                              Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>                              Defendants. | Case No. 1:26-cv-11229 |

## DECLARATION OF MICHELLE PASCUCCI

I, Michelle Pascucci, an attorney admitted to practice before this Court, do hereby state the following under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am State Trial Counsel in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

2.      I submit this declaration in further support of Plaintiff States' Motion for a Temporary Restraining Order and Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65.

3.      The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4.      Attached hereto as Exhibit A is a true and accurate copy of IPEDS 2022-23 through 2024-25, Supporting Statement Part A, OMB No. 1850-0582 (Feb. 2022) ("Supporting Statement A").

1

5.      Attached hereto as Exhibit B is a true and accurate copy of Dep't of Edu., IES, & NCES, Appendix E: Responses to Public Comments Received During the 60-day Comment Period and NCES Responses at 13 (Oct. 2025) ("Appendix E").

6.      Attached hereto as Exhibit C is a true and accurate copy of the Declaration of Pamela Hope Brown, Vice President of Institutional Research and Academic Planning, University of California Office of the President ("Brown Decl.").

7.      Attached hereto as Exhibit D is a true and accurate copy of the Declaration of Matthew Case, Interim Assistant Vice Chancellor for Institutional Research & Analyses, California State University Office of the Chancellor ("Case Decl.").

8.      Attached hereto as Exhibit E is a true and accurate copy of the Declaration of Laura Jensen, Vice Provost for Planning and Effectiveness, Colorado State University ("Jensen Decl.").

9.      Attached hereto as Exhibit F is a true and accurate copy of the Declaration of Tricia Johnson, Deputy Executive Director and Chief Operating Officer, Colorado Department of Higher Education ("Johnson Decl.").

10.     Attached hereto as Exhibit G is a true and accurate copy of the Declaration of Elizabeth "Buffy" Ribble, Executive Director of Data and Analytics, Metropolitan State University of Denver ("Ribble Decl.").

11.     Attached hereto as Exhibit H is a true and accurate copy of the Declaration of Nathan Daniel Fuerst, Vice President of Student Life & Enrollment at the University of Connecticut ("Fuerst Decl.").

12.     Attached hereto as Exhibit I is a true and accurate copy of the Declaration of Richard J. Reeves, Associate Vice President of Institutional Research & Effectiveness, University of Delaware ("Reeves Declaration").

2

13.     Attached hereto as Exhibit J is a true and accurate copy of the Declaration of Nicholas Jones, Executive Vice President and Vice President for Academic Affairs, University of Illinois ("Jones Dec.").

14.     Attached hereto as Exhibit K is a true and accurate copy of the Declaration of Michelle Appel, Assistant Vice President & Chief Data Officer, University of Maryland, College Park ("Appel Decl.").

15.     Attached hereto as Exhibit L is a true and accurate copy of the Declaration of Denise Barton, Chief Deputy General Counsel, University of Massachusetts ("Barton Decl.").

16.     Attached hereto as Exhibit M is a true and accurate copy of the Declaration of Mario Delci, Associate Commissioner of Research and Planning, Massachusetts Department of Higher Education ("Delci Decl.").

17.     Attached hereto as Exhibit N is a true and accurate copy of the Declaration of Sarah Strout, Assistant Vice President, Worcester State University ("Strout Decl.").

18.     Attached hereto as Exhibit O is a true and accurate copy of the Declaration of John Crooker, Vice Provost of Decision Support, University of Nevada, Las Vegas ("Crooker Decl.").

19.     Attached hereto as Exhibit P is a true and accurate copy of the Declaration of Eugene Deess, Executive Director, Office of Institutional Effectiveness, New Jersey Institute of Technology ("Deess Decl.").

20.     Attached hereto as Exhibit Q is a true and accurate copy of the Declaration of Chad May, Director of Research and Analysis, Office of the Secretary of Higher Education of New Jersey ("May Decl.").

21.     Attached hereto as Exhibit R is a true and accurate copy of the Declaration of Colin Chellman, Senior University Dean of Applied Research, Evaluation, and Data Analytics, the City University of New York ("Chellman Decl.").

22.     Attached hereto as Exhibit S is a true and accurate copy of the Declaration of Teresa Foster, Associate Provost for Institutional Research and Data Analytics, State University System of New York ("Foster Decl.").

23.     Attached hereto as Exhibit T is a true and accurate copy of the Declaration of Samantha Brubaker, Analyst Programmer, Western Oregon University ("Brubaker Decl.").

24.     Attached hereto as Exhibit U is a true and accurate copy of the Declaration of Dr. Roy Haggerty, Provost and Executive Vice President, Oregon State University ("Haggerty Decl.").

25.     Attached hereto as Exhibit V is a true and accurate copy of the Declaration of Zach Markiss, Associate Director of Institutional Research and Planning, Portland State University ("Markiss Decl.").

26.     Attached hereto as Exhibit W is a true and accurate copy of the Declaration of John M. Stringer, Executive Director of the Office of Institutional Research, University of Rhode Island ("Stringer Decl.").

27.     Attached hereto as Exhibit X is a true and accurate copy of the Declaration of Irene Irudayam, Assistant Vice President of Institutional Research and Chief Data Officer, Vermont State Colleges d/b/a Vermont State University ("Irudayam Decl.").

28.     Attached hereto as Exhibit Y is a true and accurate copy of the Declaration of Erin Guthrie, Vice President for Institutional Analytics and Decision Support within Finance, Planning & Budgeting, University of Washington ("Guthrie Decl.").

29.     Attached hereto as Exhibit Z is a true and accurate copy of the Declaration of Ben Passmore, Associate Vice President for Policy Analysis and Research, University of Wisconsin System ("Passmore Decl.").

30.     Attached hereto as Exhibit AA is a true and accurate copy of the Declaration of John Doe.

31.     Attached hereto as Exhibit BB is a true and accurate copy of the Declaration of Jane Doe.

Dated:      March 13, 2026
            Newton, Massachusetts


                                    */s/ Michelle Pascucci*
                                    Michelle Pascucci

5

**CERTIFICATE OF SERVICE**

I, Michelle Pascucci, certify that on March 13, 2026, I provided a copy of the foregoing document to the following attorneys at the U.S. Department of Justice by electronic mail:

Brad Rosenberg
Special Counsel
Federal Programs Branch
U.S. Department of Justice
brad.rosenberg@usdoj.gov

Abraham George
Chief, Civil Division
U.S. Attorney's Office for the District of Massachusetts
abraham.george@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

/s/ Michelle Pascucci
Michelle Pascucci (BBO #690889)