EXHIBIT W

## DECLARATION OF JOHN M. STRINGER

I, John M. Stringer, declare as follows:

1.      I am over the age of 18 and understand the obligations of an oath.

2.      I am the Executive Director of the Office of Institutional Research at the University of Rhode Island ("URI"), a public institution of higher education ("IHE") in the State of Rhode Island, a position I have held since 2022 and have led the office since 2019.

3.      In my role as Executive Director of the Office of Institutional Research, I lead a team of six data professionals dedicated to delivering timely, accurate, and actionable information about students, faculty, and staff. Our office supports University leadership, community partners, and the public through a wide range of reporting mechanisms, including interactive dashboards, static reports, external data submissions, and ad hoc analyses.

4.      I bring more than eleven years of higher education experience developing reliable, efficient reporting structures that transform raw operational data into decision-ready insights. Before transitioning to higher education administration, I earned my Ph.D. in Political Science from the University of Notre Dame, where my research focused on international and comparative political economy.

5.      URI has more than 90 undergraduate and 85 graduate programs and has enrolled nearly 18,000 total undergraduate and graduate students for the 2025–2026 academic year.

6.      URI participates in federal student financial assistance programs under Title IV of the Higher Education Act, and, as a condition of that participation, is required to collect and submit institutional data to the Integrated Postsecondary Education Data System ("IPEDS"), a data collection system administered by the National Center for Education Statistics ("NCES") within the U.S. Department of Education. I serve as the URI's designated keyholder overseeing the collection, coordination, and submission of all institutional data to IPEDS.

1

7.      I have personal knowledge of all the facts stated herein, based on my professional experience and my review of information and records provided to me, including direct knowledge of how IPEDS data collection, coordination, and submission operate for URI. If called as a witness, I could and would testify competently to the matters set forth below.

Integrated Postsecondary Education Data System

8.      The Integrated Postsecondary Education Data System (IPEDS) is a series of interrelated surveys conducted by the U.S. Department of Education's National Center for Education Statistics to gather and analyze data related to postsecondary institutions. Through IPEDS, NCES fulfills its congressional mandate contained in the Education Sciences Reform Act of 2002, 20 U.S.C. § 9543, to collect, report, analyze, and disseminate comprehensive institution-level data on postsecondary educational institutions for statistical and public reporting purposes.

9.      Every college, university, and technical or vocational institution in the United States that participates in Title IV federal financial aid programs is required to complete IPEDS surveys as a condition of participation. URI is subject to this requirement and would face significant fines (up to $71,545 per violation) and other serious consequences, such as threats of loss of federal funding, if it fails to submit timely and complete data through IPEDS.

10.     Each year, NCES releases national-level statistics and institution-level data through the College Navigator college search Web site and through the IPEDS Data Center. It is my understanding that many organizations and individuals, including students, parents, researchers, and educators, rely on IPEDS data and depend on its standardization and accuracy.

11.     IPEDS requires institutions to submit aggregate data across multiple areas, including enrollment, program completion, faculty, staff, graduation rates, financial aid, finances, admissions, cost, and outcome measures. Annual reporting occurs in three collection cycles—Fall, Winter, and Spring.

2

12. Typically, NCES provides detailed definitions, reporting standards, and technical guidance for each IPEDS survey component, including written instructions, data definitions, training materials, and validation procedures. For example, NCES publishes an IPEDS Glossary containing standardized definitions for hundreds of terms. Glossary, IPEDS Data Collection System 2025-26, https://surveys.nces.ed.gov/ipeds/public/glossary. URI depends on these materials and other guidance from NCES to ensure that it interprets reporting requirements as NCES intends and to report data that can be standardized across years and institutions. We have relied on the IPEDS Help Desk to provide us with additional clarification and instructions to ensure the data we report are consistent and comparable with that of our peers.

13. As I understand it, when NCES considers a major change to IPEDS collections, it often takes more than 24 months from the initial proposal to the first required institutional reporting. This length of time reflects several formal steps NCES usually undertakes to ensure technical vetting, feasibility, and compliance with federal data collection laws. Among the several steps in this process, a Technical Review Panel will convene to help guide the design, revision, and implementation of the new or revised collection. Based on my experience, this review and development process is essential because it provides IHEs with clear definitions, technical guidance, and advance notice of new reporting requirements, allowing institutions to adjust their data systems, train staff, and ensure that the information ultimately submitted to IPEDS is accurate and reported consistently across institutions.

The University of Rhode Island's IPEDS Data Collection, Collation, and Reporting

14. To submit its IPEDS survey data and as required by law, URI has appointed a keyholder responsible for ensuring that the institution collects and submits complete and accurate data. Typically, for each survey, institutions enter data into the IPEDS Data Collection System, either by direct entry or file upload. Next, the institution proceeds through a series of validation

3

checks, which identify data entry issues that must be resolved before the institution may "lock" the data—that is, formally submit the data to NCES. During this validation process, institutions can immediately see any errors that require correction. At this stage, the Data Collection System automatically calculates totals, averages, and other statistical data. Once the data is locked, it is my understanding that the final data is then reviewed by the NCES before being transferred to the IPEDS Data Center.

15.     Preparing and submitting IPEDS data requires substantial institutional effort and coordination. The information reported through IPEDS is drawn from multiple institutional systems and administrative offices, including financial aid systems, human resources systems, student information systems, and financial accounting systems. Each IPEDS reporting cycle requires IHESs to extract data from these systems, apply the definitions and reporting rules specified by NCES, and ensure that the resulting data conform to IPEDS reporting requirements.

16.     In many cases, the information required for IPEDS reporting is not stored in a single, readily producible dataset. Instead, institutional staff must perform additional analysis and calculations to produce the required aggregate reporting data. Staff must also review the data for accuracy and consistency, reconcile discrepancies across institutional systems, and respond to automated validation checks generated by the IPEDS reporting platform.

17.     The NCES normally collects data through 13 different surveys administered in the IPEDS Data Collection System. The collections cover basic information through the Institutional Characteristics survey; undergraduate admissions through the Admissions survey; student enrollment through the Fall Enrollment and 12-Month Enrollment surveys; degree completions and graduation through the Completions, Graduation Rates, Graduation Rates 200, and Outcome Measures surveys; student finances and costs through the Cost I, Cost II, and Student Financial Aid surveys; institutional finances through the Finance Survey; and faculty and staff through the Human

4

Resources survey. Because IPEDS reporting occurs on a recurring annual cycle using established definitions and reporting structures, URI has developed internal processes that have been able to meet these requirements. For example, our current process for the IPEDS Fall Enrollment submission has been streamlined over the past several years moving from manual entry to making use of the upload tool in the IPEDS Data Collection System. Additionally, to report the IPEDS Human Resources collection, we consolidate data from our payroll, human resources, and faculty information systems into a single file that we then aggregate for upload into the IPEDS Data Collection system. Even using these improved processes, it typically takes URI around fifteen hours over the course of a month from start to finish to collect, compile, validate, and submit IPEDS Fall Enrollment survey responses and around twenty hours over the course of two months for the IPEDS Human Resources survey responses.

<u>IPEDS ACTS Survey</u>

18.    I understand that, on August 7, 2025, President Trump issued a presidential memorandum, which explained that IPEDS would now become a tool to track "consideration of race in higher education admissions" and investigate university compliance with *Students for Fair Admissions v. President & Fellows of Harvard College* ("*SFFA*"), 600 U.S. 181 (2023). The Presidential Memorandum instructed the Secretary of Education to, among other things, expand the scope of required reporting by IHEs and directed "remedial action, consistent with Title IV of the Higher Education Act of 1965 and other applicable laws, if institutions fail to submit data in a timely manner or are found to have submitted incomplete or inaccurate data."

19.    I also understand that on August 7, 2025, Secretary of Education Linda McMahon directed NCES to "collect data disaggregated by race and sex relating to the applicant pool, admitted cohort, and enrolled cohort at the undergraduate level, and for specific graduate and professional programs" within 120 days. Secretary McMahon's directive set out that a new IPEDS supplement

would require IHEs "to report quantitative measures of applicants and admitted students' academic achievement such as standardized test scores, GPAs, first-generation-college student status, and other academic characteristics, for each race-and-sex pair."

20.    I am also aware that, on August 15, 2025, the U.S. Department of Education, NCES, and the Institute for Education Sciences ("IES") posted a Request for Comment to the Federal Register regarding proposed changes to IPEDS. The August 15 request for comment listed extensive data demands that would be added to IPEDS through a supplemental survey later named the IPEDS Admissions and Consumer Transparency Supplement ("ACTS"). The ACTS survey itself was not made available with the August 15 request for comment. However, the ACTS survey component would be required for all four-year institutions that utilize selective college admissions. Subsequently, on November 13, the U.S. Department of Education, NCES, and IES posted a second request for comment on the supplemental survey component.

21.    I understand that on December 18, 2025, OMB approved the IPEDS ACTS Survey and the Department of Education announced the opening of the IPEDS ACTS survey, with submissions due for many institutions on March 18, 2026, a date unmoored to the standard IPEDS collection cycles.

<u>Institutional Burden of Gathering and Preparing IPEDS ACTS Survey Data</u>

22.    The IPEDS ACTS survey was introduced without the definitions, guidance, and technical assistance that NCES typically provides. As a result, URI faces significant uncertainty regarding how to interpret the ACTS survey's reporting requirements and how to compile the requested data and enhanced burden in preparing IPEDS data over a compressed period of time and in the face of ambiguity about reporting standards.

23.    URI has had to devote substantial additional time and resources, such as convening meetings with leadership from multiple key units (Undergraduate and Graduate Admissions, Online

6

Education, Financial Aid) in an effort to interpret ambiguous reporting requirements, reconcile competing internal definitions, and determine how to compile the requested information in the absence of clear federal guidance. For example, as of March 11, 2026, the IPEDS ACTS reporting template, part of which is attached here as Exhibit A, states that GRE scores for all applicants should be submitted unless "the applicant does not submit a GRE score, or if your institution does not use the GRE score in the admissions decision." Ex. A, pg 2. This instruction was only present on the IPEDS ACTS reporting template and was not referenced in the FAQ or the accompanying instructions. This has resulted in multiple discussions to decide what and how to report. Some programs at URI require a GRE, others will use the GRE if submitted, and some programs do not use the GRE as a decision criteria. Until the Fall 2025 admissions cycle, information about whether GRE scores were required by URI's various programs was not stored in a centralized location. This has resulted in us trying to collect additional information from programs and make our best estimate as to when and whether the GRE scores, if available, were used to inform program decisions.

24.     NCES has distributed guidance to define potentially ambiguous terms, but this guidance is insufficient to resolve the questions that have arisen during data collection and compilation. In some instances, the definitions do not appear to have been thoroughly vetted and are inconsistent with standard institutional practice. The requirement to report an unweighted secondary school GPA on a 4.0 scale has proven particularly problematic as URI uses a re-calculated GPA based on the weighted GPAs that are submitted in the application process in its undergraduate admissions decisions and does not track or record an unweighted GPA. While NCES has made an IPEDS Help Desk available for questions regarding IPEDS ACTS, this resource has at times provided conflicting/evolving advice. For example, to address the unweighted GPA issue, URI reached out to the IPEDS Help Desk on December 18, 2025. We received a response on December 26, 2025, attached here as Exhibit B, indicating that we would need to convert the GPAs we had to

a 4.0 using a method of our choice. We operated under this guidance devoting scarce resources to deciding on investigating alternatives, deciding on an approach and implementing these decisions. About two months later, on February 17, 2026, the NCES published new guidance stating that if institutions only use weighted GPAs in their admissions process, they should not report the GPA at all. Ex. C, pg 5. We have since reached out to the IPEDS Help Desk requesting clarification on the earlier guidance. The University of Rhode received a response from the IPEDS Help Desk on March 12, 2026, attached here as Exhibit D, just six days before the submission deadline. This guidance states that if the recalculated GPA used by the University of Rhode Island is on a 0-4.0 scale, we should submit those values. This appears to conflict with the instructions in the IPEDS ACTS reporting template, which states that if the institution "does not use the unweighted secondary GPA in the admissions decision," the institution should submit a -1 instead of the GPA. Ex. A, pg 1. The recalculated GPA used by the University of Rhode Island is based on the weighted GPAs submitted in the applications. We reached out to the Help Desk for further clarification on March 12, 2026.

25.    The IPEDS ACTS survey seeks data from previous years, including data that has never been sought through previous IPEDS surveys. Certain data requested through the ACTS survey are not located centrally in URI, and identifying and locating this data has imposed an additional burden upon URI. A particularly challenging area is graduate admissions. Applications for Fall 2019 through Fall 2024 were processed through six separate configurations of Liaison's WebAdmit platform, each maintaining its own independent data records, with additional applications entered manually into our student information system. For Fall 2025, applications were processed through a University of Rhode Island configuration of Slate, three separate configurations of Liaison's WebAdmit platform, and additional applications entered manually into our student information system. Decision-making and application processing is decentralized, with individual faculty members serving as program chairs managing admissions within their respective programs.

8

Consolidating this information into a single coherent dataset — with the level of detail required for this reporting — has required substantial effort to standardize the data formats and classification schemes used inconsistently across systems and across application years. For example, the same individual applying to multiple programs managed across different platform configurations will not be assigned to the same identification number in each, meaning that to meet the reporting requirement of counting each applicant only once per year, the University must use increasingly complex methods to identify and remove duplicate records. We have collectively spent over 65 hours on data collection and consolidation alone. This figure does not include the ongoing work of reclassifying records to match the required reporting format, which remains in progress.

26.    In addition, URI has had to divert important resources from other projects to complete the ACTS survey. Prioritizing the IPEDS ACTS collection has required delaying multiple projects, including work on the release of data to support the FY2027 budget model, and several student success efforts. Decisions related to the FY27 budget model need to be made imminently to enable the University to be ready for the new fiscal year on July 1, 2026. Delays in releasing data needed for FY27 decisions risk the University falling behind in its budget process. Prior to the introduction of ACTS, the Office of Institutional Research had planned on developing more robust reporting around and analysis of student debt and unmet financial need to facilitate improved strategies for financially supporting students, improving academic performance, and reducing time of completion at URI. These efforts had to be de-prioritized to meet the ACTS survey requirements.

27.    Without clear federal definitions and reporting standards, URI may inadvertently interpret key terms and reporting instructions differently from other institutions, resulting in inconsistent reporting practices and unreliable data. This may lead to the publication or use of statistics that do not accurately reflect institutional operations or student outcomes at URI.

28.    Of even more significant harm to URI, the federal government has indicated that

9

IHEs may be subject to substantial financial penalties, which I understand may exceed $70,000 per violation, or other sanctions for inaccurate reporting. The risk of financial penalties places URI in an untenable position: either delay or decline to report requested data, or submit data based on uncertain interpretations while facing the possibility of penalties if those interpretations are later deemed incorrect.

<u>Institutional Harms from Using IPEDS ACT Survey Data as a Law Enforcement Tool</u>

29.     IPEDS has historically functioned as a statistical reporting system intended to provide consistent national information about higher education in the United States.

30.     The U.S. Department of Education's plans to use IPEDS submissions as a basis for investigative or law enforcement activity—particularly data derived from the IPEDS ACTS survey, which lack the definitions, guidance, and standardization processes typically provided by NCES—creates significant risks and harms for reporting IHEs such as URI.

31.     The aggregate statistical data reported through IPEDS does not include the contextual information necessary to assess admissions decisions or policies. In my experience, admissions and scholarship decisions are influenced by a wide range of factors such as the prior courses taken by the applicant and the secondary school or prior institutions attended by the applicant. For PhD applicants, the alignment of research interests with faculty mentors is essential, and is not reflected in IPEDS ACTS or other IPEDS reporting data. URI faces significant risk of financial penalties or other sanctions based on incomplete and decontextualized information pulled from its IPEDS ACTS survey responses.

32.     Additionally, because the IPEDS ACTS survey lacks standardized definitions and clear reporting instructions, URI may interpret survey questions differently from other IHEs, which would increase the likelihood that reported data vary across institutions for reasons unrelated to

actual institutional practices. Such inconsistencies are likely to reflect differences in reporting interpretations rather than differences in admissions policies or practices.

33.    If IPEDS ACTS data is used to identify potential targets for enforcement actions or investigations, IHEs will face significant legal and reputational harms based on incomplete or unreliable information. For example, institutions could be subjected to federal civil rights investigations or other forms of government inquiry based on statistical patterns derived from data that were collected without standardized reporting guidance. Responding to such investigations—even if ultimately dismissed or unsubstantiated—would require substantial institutional resources.

### Privacy Harms

34.    URI maintains substantial amounts of sensitive, personal information about its students, including academic records, financial aid information, and other data protected by federal privacy laws and institutional policies.

35.    IHEs, including URI, are required to safeguard this information under the Family Educational Rights and Privacy Act ("FERPA")

36.    For that reason, IHEs typically report IPEDS data in aggregate form, rather than as individual student records. This aggregation of data serves an important privacy function because it reduces the risk that individual students could be identified from the reported information.

37.    Congress has also expressed clear concern about the privacy risks associated with federal collection of individual student data. Federal law prohibits the Department of Education from creating a record system containing individual student-level data on postsecondary students. 20 U.S.C. § 1015c. Despite these privacy protections, the IPEDS ACTS survey demands that IHEs provide highly disaggregated student information, which enhances privacy risks for students. In my experience, privacy risks become significantly greater when educational data are reported at increasingly granular levels. When demographic information, academic programs, and other

11

characteristics are broken down into highly specific categories, the resulting data cells may contain a very small number of students. In such circumstances, it may be possible for individuals to infer the identity of students even when direct identifiers such as names or student identification numbers are not included. In my professional judgment, the IPEDS ACTS survey creates such enhanced risks.

38.     These risks stemming from the IPEDS ACTS survey are particularly acute in smaller programs or for demographic groups with limited populations at a particular IHE. This is of particular concern with the submitting graduate admissions data. We have multiple graduate programs where only one or two individuals enter as full-time in any given year. It is possible a single individual will be represented by the unique combination of degree, field of study and enrollment status. Since student name and program of study are available publicly, anybody who has access to our submission data will be able to determine an individual's self-identified race/ethnicity, sex, the GPA at the end of their first year, the amount of institutional aid received, amount of local, state, and federal grant aid received, and family income level.

39.     NCES has not explained any process by which it will address these privacy concerns. However, even if NCES intends to take steps to try to prevent the identification of students, URI remains concerned about the possibility that data submitted to IPEDS could be the subject of public information requests under applicable federal or state transparency laws. URI must account for the possibility that submitted IPEDS data may become publicly available and, once disclosed, cannot be practically recalled or removed from circulation.

40.     The mechanisms provided for submission of the ACTS survey have also increased the burden on URI. The Department of Education has made three tools available for submission of IPEDS data through the ACTS survey: an online ACTS Aggressor Tool, a downloadable desktop version of the tool and Python scripts. In order to submit the ACTS survey, institutions must prepare data at the individual level and process the data using one of the three aforementioned tools. This is

12

different from how data has been submitted through previous IPEDS surveys. The typical route is for institutions to prepare summary data and submit it through the IPEDS data collection system.

41.     The Department of Education has indicated that their preferred approach is the use of the online ACTS Aggregator Tool. However, URI has concerns around the privacy and controls of the online ACTS Aggregator Tool. The FAQ sections of the ACTS Aggregator Tool website states that all submitted data will be stored until the end of the submission period. While the FAQ states that the data are stored in a secure fashion with restricted access, there is, to my knowledge, no independent verification of the security controls.

42.     When URI sought to obtain the downloadable Aggregator Tool, URI received warnings that the file contained a virus and as of March 11, 2026, has not been able to download the tool for use.

43.     URI was eventually able to obtain a copy of the Python scripts.  When providing access to the Python source code, the Department of Education included a document, attached here as Exhibit E, with the following cautionary statements:

- The downloadable option will have limited support, as the ACTS Aggregator Tool is our preferred approach for ensuring data is processed consistently.

- You are responsible for the data you submit. Please do not alter the scripts.

- If we periodically update the scripts, it will be your responsibility to ensure you have the latest version. The source control should assist with this, and we are determining the best way to provide notifications when updates are available.

Because of concerns over privacy, URI plans to use the Python scripts as the primary mechanism for aggregation. Due to concerns that the scripts may be outdated or inaccurate, URI has invested additional time in developing custom code to aggregate the raw data and validate against the results of the provided python scripts and the online aggregator.

13

44.     The IPEDS ACTS survey raises serious concerns for IHEs such as URI that are responsible for protecting student privacy and complying with federal and state privacy laws.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of March 2026, in Kingston, Rhode Island.

/s/ John M. Stringer

John M. Stringer
Executive Director of the Office of
Institutional Research
51 Lower College Rd,
Kingston, RI 02881

14

# EXHIBIT A

Include all first-time degree/certificate-seeking undergraduate applicants who fulfilled all requirements for consideration for Fall 2022 admission (including payment or waiving of the application fee, if any) and who have been notified of one of the following actions: admission, non-admission, placement on a wait list, or application withdrawn (by applicant or institution).

• Institutions operating on a traditional academic year calendar (semester, trimester, quarter, or 4-1-4) should include all students who applied for enrollment if they would have been considered first-time degree/certificate-seeking undergraduate students as of the institution's official fall reporting date, or October 15.

• Institutions operating on a calendar that differs by program or that enrolls students on a continuous basis (referred to as program reporters) should include all students who applied for enrollment if they would have been considered first-time degree/certificate-seeking undergraduate students any time during the period of August 1 through October 31.

INCLUDE applicants who applied for Fall 2022 admission but deferred enrollment to a later academic year.

DO NOT INCLUDE transfer-in students or any applicants who would not be considered first-time degree/certificate-seeking students if enrolled.

See the **Cohort Definitions** section on the Instructions tab for definitions for *first-time* and *degree/certificate-seeking*.

| Item | Data Element | Section | Valid Values | Applies to | Variable definition | Instructions |
|---|---|---|---|---|---|---|
| 15 | Unweighted secondary school GPA | Secondary School Record | 0.00-4.00 -1: Unknown/Not Submitted | **All first-time degree/certificate-seeking undergraduate applicants**, where an applicant is an individual who has fulfilled the institution's requirements to be considered for Fall 2022 admission as described in the cohort definition at the top of this tab. | A student's grade point average on a standard 4.0 scale, where A=4, B=3, C=2, D=1, and F=0, without giving extra grade points for difficult courses such as honors or Advanced Placement courses. | Enter a numeric value between 0.00 and 4.00. Enter -1 if the applicant did not submit an unweighted secondary school GPA, or if your institution does not use the unweighted secondary school GPA in the admissions decision. |

Include all degree/certificate-seeking graduate applicants who fulfilled all requirements for consideration for Fall 2022 admission into a graduate program of study (including payment or waiving of the application fee, if any) and who have been notified of one of the following actions: admission, non-admission, placement on a wait list, or application withdrawn (by applicant or institution).

• Institutions operating on a traditional academic year calendar (semester, trimester, quarter, or 4-1-4) should include all students who applied for enrollment if they would have been considered degree/certificate-seeking graduate students as of the institution's official fall reporting date, or October 15.

• Institutions operating on a calendar that differs by program or that enrolls students on a continuous basis (referred to as program reporters) should include all students who applied for enrollment if they would have been considered degree/certificate-seeking graduate students any time during the period of August 1 through October 31.

INCLUDE applicants who applied for Fall 2022 admission but deferred enrollment to a later academic year.

DO NOT INCLUDE transfer-in students or any applicants who would not be considered degree/certificate-seeking graduate students if enrolled.

See the **Cohort Definitions** section on the Instructions tab for the definition of *degree/certificate-seeking* .

| Item | Data Element | Section | Valid Values | Applies to | Variable definition | Instructions |
|------|--------------|---------|--------------|------------|---------------------|--------------|
| 9 | GRE score | Entrance Exams | 260-340 OR -1: Unknown/Not Submitted | **All degree/certificate-seeking graduate applicants**, where an applicant is an individual who has fulfilled the institution's requirements to be considered for Fall 2022 admission as described in the cohort definition at the top of this tab. | The GRE, or Graduate Record Examination, is a standardized exam measuring qualifications and preparedness for graduate-level academic work. | Enter a numeric value between 260 and 340. If the applicant did not submit a GRE score, or if your institution does not use the GRE score in the admissions decision, enter a -1. |

2

# EXHIBIT B



**John Stringer** ████████████

## RE: ACTS unweighted GPA 217484

**IPEDS Email** <ipedshelp@rti.org>                                    Fri, Dec 26, 2025 at 8:45 AM
To: John Stringer ████████████    IPEDS Email <ipedshelp@rti.org>, Emily Orr ████████████

Hello John,

Sorry for responding so late here, but our admin team weighed in here and have offered the following response-

The institution can determine the scale used for each student's GPA, there are a few methods for converting to a 4.0 scale. We do not endorse a specific method of conversion, but we do ask that they provide context on the method they use. If they know which students have GPAs weighted on a 5-point scale, we ask that you use an appropriate conversion method and document the method used in the Instructions tab of the template. If they are unable to determine the scale used for each student, please report the data they have, again documenting your approach. Please keep in mind that our program will not accept values above 4.0.

We hope that this helps and let us know if we can assist further!

Racquel A. Perkins

IPEDS Help Desk

ipedshelp@rti.org

1-877-225-2568

**From:** John Stringer ████████████
**Sent:** Thursday, December 18, 2025 12:44 PM

**To:** IPEDS Email <ipedshelp@rti.org>; Emily Orr ███████████████
**Subject:** ACTS unweighted GPA

┌─────────────────────────────────────────────────────────────────────────────┐
│ **EXTERNAL:**  This email originated from outside of the organization.  Do not click links or open attachments unless you recognize the sender and know the content is safe. │
└─────────────────────────────────────────────────────────────────────────────┘

Good afternoon,

The unweighted secondary school GPA on a scale of 4.0 as defined is not available in our admissions system. While we do have a GPA that is re-calculated on a 4.0 scale by our admissions team, this GPA is only for select classes and does not include all courses completed at the secondary level. This recalculated score is what is used by our admissions team when making decisions.

Please advise as to whether we should  report this recalculated GPA , report -1 for all students with the explanatory note above, or if there is something else we should do.

thank you,

John

--

John M. Stringer, PhD (he/him/his)

Executive Director of Institutional Research

THE
UNIVERSITY
OF RHODE ISLAND
OFFICE OF THE
    PROVOST

*The University of Rhode Island occupies the traditional stomping ground of the Narragansett Nation and the Niantic People.*

# EXHIBIT C



## ACTS — Admission and Consumer Transparency Supplement

**IPEDS HELP DESK**

(877) 225-2568 | [ipedshelp@rti.org](mailto:ipedshelp@rti.org)
OMB NO. 1850-0582 v.33 : Approval Expires 8/31/2027

# Frequently Asked Questions

Search for a question

Find answers to the most commonly asked questions below. Last updated on February 18, 2026.

[Missing Data Questions](#)

[Aggregator Tool Questions](#)

[Eligibility and Screening Questions](#)

[Establishing Cohorts: Including and Excluding Students Questions](#)

[Admissions Test Scores and Secondary School GPA Questions](#)

[Remedial and Continuing Education Courses Questions](#)

[Pell Eligibility and Parental College Attainment Questions](#)

[Family Income Questions](#)

[Financial Aid and Tuition and Fees Questions](#)

[Cumulative GPA Questions](#)

[Degree/Certificate Program and CIP Code Questions](#)

[Matching to Prior Year IPEDS Data Questions](#)

## Missing Data Questions

[Expand all](#) | Collapse all

**1. What should I do if my institution did not collect sex but did collect gender? How should we report that?** +

**2. What should we do if we are unable to parse financial aid data based on admissions data (i.e., the data reside in two different systems which cannot be linked)?** +

**3. What should if I do if I'm not confident that the data are accurate?** +

**4. What should I do if I have MOST of the data elements for a cohort of students in a particular academic year, but I do not have all of it (or certain data elements)?** +

**5. What should I do if I am missing ALL of the data for a cohort of students in a particular academic year?** +

**6. What should I do if my institution did not retain data for applicants who did not enroll/were not admitted, but we do have data for admits and/or enrollees?** +

# Aggregator Tool Questions

Expand all | Collapse all

**1. I am not receiving my email with my one-time Multi-Factor Authentication (MFA) code.** +

**2. What if my institution prefers not to submit student level data to the Aggregator Tool?** +

**3. Who can access the data I upload to the web application?** +

**4. Are audit logs maintained?** +

5. **Are the data stored after processing?**                                                   +

6. **How is my data protected when using the ACTS Aggregator Tool?**                           +

7. **What should I do if I encounter an error while processing my data?**                      +

8. **What browsers and operating systems are supported?**                                      +

9. **What formats of data can I upload to the web application?**                               +

10. **What is the ACTS Aggregator Tool used for? / Can you provide any details about the Aggregator tool that we will be using to report the data?**                                   +

## Eligibility and Screening Questions

[Expand all]() | Collapse all

1. **What are the definitions of need-based and non-need-based on the second screening question?**                                                                                       +

2. **There are only two response options on the second screener question: need-based and both need-based and non-need-based. At our institution, financial aid is non-need-based only.**    +

3. **What if an institution does not have any first-time undergraduate applicants; that is, they only admit transfer-in students with previous postsecondary experience?**              +

4. **Is my institution expected to participate in ACTS? / How were institutions selected to complete the ACTS survey component?**                                                        +

5. Most of our entering first-time degree-seeking students enter programs that are open admission (i.e., there are only a handful of programs that are not open admission). How should we answer?     +

6. In the second screening question, what types of financial aid should I include or exclude when answering?     +

## Establishing Cohorts: Including and Excluding Students Questions

Expand all | Collapse all

1. On the completions tab, how should institutions input GPAs for students who earned multiple awards in the same academic year?     +

2. How should institutions report students who applied for multiple programs in the same academic year?     +

3. Should non-matriculated students be accounted for in any sections of the survey component?     +

4. Do we include students who apply for spring admission?/ We have some programs that only start in the spring term. Do we include those students?     +

5. Should we include students who were admitted or who began their studies in the summer prior to the fall term?     +

6. How should institutions input students who applied for one academic year (e.g., 2019-20), were admitted, but deferred enrollment to a later term (e.g., Spring 2020 or academic year 2020-21)?     +

7. How should institutions input students who applied for undergraduate admission the one academic year and applied to the same institution for graduate admission in a different academic year?     +

**8. What if a student completed an undergraduate degree and started a graduate degree in the same academic year? On which tabs should they be included?** +

**9. On the undergraduate completions tab, should I report associate's degree completers as well, or just bachelor's completers?** +

# Admissions Test Scores and Secondary School GPA Questions

[Expand all](#) | [Collapse all](#)

**1. We do not receive official SAT/ACT score reports until after the student is admitted/enrolls. Is it ok to use self-reported SAT/ACT scores from the student's application?** +

**2. Some secondary school GPAs reported to our institution are on a 5 point scale or a 100 point scale. What method should we use to convert these to a 4.0 scale?** ×

IPEDS does not endorse a specific method of conversion. Please convert the GPAs to a 4.0 scale and explain the method you used for conversion in the large text box on the Instructions tab of each template.

**3. Some students send in multiple sets of SAT/ACT scores. Which score should we report?** +

**4. Our institution is test optional, so most students don't submit their SAT or ACT scores. What should we do?** +

**5. Our institution is test blind, so we do not use SAT or ACT scores in our admissions decisions. What should we do?** +

5

# EXHIBIT D



**John Stringer** ███████████████

# Fwd: ACTS: Question on the definition of Unweighted secondary school GPA

**Emily Orr** ███████████████                                    Thu, Mar 12, 2026 at 10:17 AM
To: John Stringer ██████████, Drew Granucci ████████████████, Michael Burns ███████████

Good morning,

We got this response back from IPEDS and I wanted to pass it along to get your thoughts before responding.

Emily

---------- Forwarded message ---------
From: **IPEDS Email** <ipedshelp@rti.org>
Date: Thu, Mar 12, 2026 at 9:46 AM
Subject: RE: ACTS: Question on the definition of Unweighted secondary school GPA
To: Emily Orr ████████████████, IPEDS Email <ipedshelp@rti.org>


Emily –


Apologies for the delayed response.


To be clear – do you receive unweighted GPAs from secondary schools? And for that recalculated GPA, is it still on a 0.00 – 4.00 scale? If you do use a secondary school GPA as part of your undergraduate admissions process decision, the intent here was to merely report it on a 0.00 – 4.00 scale. If your recalculated GPA is on that same scale, then you can report GPA using that same scale.


Best,


Rob Killough

IPEDS Help Desk

ipedshelp@rti.org

---

**From:** Emily Orr ████████████████
**Sent:** Thursday, March 5, 2026 12:31 PM
**To:** IPEDS Email <ipedshelp@rti.org>
**Subject:** ACTS: Question on the definition of Unweighted secondary school GPA


**EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I hope you are doing well. I will keep this brief as I am sure you are handling many emails at this time around ACTS.

Our institution does not use *Unweighted* GPA in its undergraduate admissions decisions. Instead, we have a recalculated GPA that is referenced. Based on this, should all of our students be reported as -1: Unknown/Not Submitted?

Here is what I am referring to from the Template:

"Enter a numeric value between 0.00 and 4.00.
Enter -1 if the applicant did not submit an unweighted secondary school GPA, or if your institution does not use the unweighted secondary school GPA in the admissions decision."

Originally, we received this response from the help desk but wanted to revisit this since the revision of the templates have been made:

The institution can determine the scale used for each student's GPA, there are a few methods for converting to a 4.0 scale. We do not endorse a specific method of conversion, but we do ask that they provide context on the method they use. If they know which students have GPAs weighted on a 5-point scale, we ask that you use an appropriate conversion method and document the method used in the Instructions tab of the template. If they are unable to determine the scale used for each student, please report the data they have, again documenting your approach. Please keep in mind that our program will not accept values above 4.0.

Thank you for your guidance!

Best,

Emily

--

Emily Orr (she/her)

Assistant Director, Institutional Research



THE

UNIVERSITY
OF RHODE ISLAND
OFFICE OF

INSTITUTIONAL RESEARCH

--
Emily Orr (she/her)
Assistant Director, Institutional Research

THE

UNIVERSITY
OF RHODE ISLAND

OFFICE OF
INSTITUTIONAL RESEARCH

# EXHIBIT E

# ACTS Binaries and Source Code

This document details how to access the downloadable binaries and source code for the ACTS Aggregator tool. With this, you will be able to prepare your aggregate files locally instead of uploading them to the ACTS Aggregator.

## Binaries

To allow end users to run the aggregations without a python environment, we are compiling the application and offering it as a standalone executable using Nuitka. These executables are available at https://acts.rti.org/downloads. Each package contains the executable, a README detailing how to run the application, and a sample data file to allow you to complete a successful run.

We have received reports from some organizations there are challenges with running these given organization policies and therefore are making the source code available.

## Source Code

We are hosting the source code for the ACTS Aggregation Python script on a private repository on GitHub. Due to the private repository, we are offering only command line access to clone the repository; however, you should still receive git history when you pull to be able to identify the changes.

You must have Git and a Python environment available to run the scripts.

Please use the following command to clone the repository:

git clone

███████████████████████████████████████████████████

████████████████████████████

Note: the personal access token (PAT) for this will expire in a year. We will either distribute a new one or will have alternative access options by then. After cloning, a README file is available in the source that details how to setup and use the script.

A few reminders:

- The downloadable script requires the same templates as the ACTS Aggregator Tool. Templates can be downloaded from https://acts.rti.org/templates.
- The downloadable option will have limited support, as the ACTS Aggregator Tool is our preferred approach for ensuring data is processed consistently.
- You are responsible for the data you submit. Please do not alter the scripts.

- If we periodically update the scripts, it will be your responsibility to ensure you have the latest version. The source control should assist with this, and we are determining the best way to provide notifications when updates are available.