**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS, et al.<br><br>    Plaintiffs,<br><br>       v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.<br><br>    Defendants. | Case No. 1:26-cv-11229 |

## UNOPPOSED MOTION FOR LEAVE TO RELY UPON PSEUDONYMOUS DECLARATIONS

Plaintiffs move for entry of an order allowing the Plaintiffs to rely on certain declarations by certain non-party declarants (the "Doe Declarants," with declarations attached to the Declaration of Michelle Pascucci as Exhibits AA and BB, Doc. Nos. 9-27 and 9-28) submitted by pseudonym in support of their Motion for Temporary Restraining Order (Doc. No. 6). The Defendants take no position with respect to the relief sought in this Motion.

The Doe Declarants are former employees of the National Center for Education Statistics ("NCES"), a component of the Department of Education (the "Department"), who specialize in the field of education data collection and analysis. Their declarations provide the Court with important evidence regarding Integrated Postsecondary Education Data Systems ("IPEDS"), the education statistics at issue in Plaintiffs' Complaint, and the impact that Defendants' challenged conduct will have on institutions of higher education ("IHEs"). The Doe Declarants have come forward despite concerns regarding the potential negative repercussions from doing so. The Doe Declarants and their employers fear that they will suffer irreparable professional harm if their names are disclosed in this litigation. Each Doe Declarant works in the discrete field of education

1

data and statistics. Because of the nature of their work, their employers are grantees and contractors with the Department of Education.

For the reasons articulated herein, Plaintiffs respectfully request that this Court grant Plaintiff' motion and allow the Plaintiffs to rely upon pseudonymous declarations in support of their Motion for a Temporary Restraining Order.

Respectfully submitted,                     Dated: March 13, 2026

ANDREA JOY CAMPBELL
  *Attorney General*
  *Commonwealth of Massachusetts*
By: /s/ *Michelle R. Pascucci*
Michelle R. Pascucci
  *State Trial Counsel*
Laila M. Ameri
Jared Cohen
Carol Guerrero
  *Assistant Attorneys General*
1 Ashburton Pl.
Boston, MA 02108
617-963-2255
michelle.pascucci@mass.gov
laila.ameri@mass.gov
jared.b.cohen@mass.gov
carol.guerrero@mass.gov

*Counsel for the Commonwealth of Massachusetts*

ROB BONTA
  *Attorney General for the State of California*
By: /s/ Brandy Doyle
Brandy Doyle
Michael L. Newman
  *Senior Assistant Attorney General*
*Virginia Corrigan
  *Supervising Deputy Attorney General*
*Brandy Doyle
*Nicholas Keats
*Kenneth Sugarman
  *Deputy Attorneys General*
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
(415) 510-3563
Michael.Newman@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Brandy.Doyle@doj.ca.gov
Nicholas.Keats@doj.ca.gov

*Counsel for the State of California*

ANTHONY G. BROWN
  *Attorney General for the State of Maryland*
By: /s/ *Virginia A. Williamson*
*Virginia A. Williamson
  *Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
vwilliamson@oag.maryland.gov

*Counsel for the State of Maryland*

JENNIFER DAVENPORT
  *Attorney General of New Jersey*
By: /s/ *Nancy M. Trasande*
Nancy M. Trasande
  *Civil Rights Section Chief*
Jonathan Mangel
  *Deputy Attorney General*
Jillian Ollwerther
  *Deputy Attorney General*
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 696-5365
Nancy.Trasande@law.njoag.gov
Jonathan.Mangel@law.njoag.gov
Jillian.Ollwerther@law.njoag.gov

*Counsel for the State of New Jersey*

AARON D. FORD
  *Attorney General*
By: /s/ K. Brunetti Ireland
K. Brunetti Ireland
  *Chief of Special Litigation*
Office of the Nevada Attorney
General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for the State of Nevada*


PHILIP J. WEISER
  *Attorney General of Colorado*
By: /s/ *Nora Passamaneck*
*Nora Passamaneck
  *Senior Assistant Attorney General*
*Sarah H. Weiss
  *Senior Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
nora.passamaneck@coag.gov
sarah.weiss@coag.gov

*Counsel for the State of Colorado*


WILLIAM TONG
  *Attorney General of Connecticut*
By: /s/ *Mary Lenehan*
*Mary Lenehan
  *Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Mary.Lenehan@ct.gov

*Attorney for the State of Connecticut*


LETITIA JAMES
  *Attorney General of New York*
By: /s/ *Jessica Ranucci*
*Jessica Ranucci
  *Special Counsel*
*Rabia Muqaddam
  *Chief Counsel for Federal Initiatives*
28 Liberty Street
New York, NY 10005
(929) 736-3392
jessica.ranucci@ag.ny.gov

*Counsel for the State of New York*


DAN RAYFIELD
  *Attorney General of Oregon*
By: /s/ *Derek Olson*
*Derek Olson
  *Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Derek.Olson@doj.oregon.gov

*Counsel for the State of Oregon*


PETER F. NERONHA
  *Attorney General of Rhode Island*
By: /s/ *Chandana Pandurangi*
*Chandana Pandurangi
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
cpandurangi@riag.ri.gov

*Counsel for the State of Rhode Island*

4

KATHLEEN JENNINGS
    *Attorney General of the State of
    Delaware*
By: /s/ *Ian R. Liston*
Ian R. Liston
    *Director of Impact Litigation*
Rose E. Gibson
Vanessa L. Kassab
    *Deputy Attorneys General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Counsel for the State of Delaware*

CHARITY R. CLARK
    *Attorney General of Vermont*
By: /s/ *Ryan P. Kane*
**Ryan P. Kane
    *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

*Counsel for the State of Vermont*

ANNE E. LOPEZ
    *Attorney General for the State of
    Hawaiʻi*
By: /s/ *Kalikoʻonālani D. Fernandes*
*Kalikoʻonālani D. Fernandes
    *Solicitor General*
*David D. Day
    *Special Assistant to the Attorney
    General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

JAY JONES
    *Attorney General of Virginia*
By: /s/ *Tillman J. Breckenridge*
Tillman J. Breckenridge
    *Solicitor General*
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, Virginia 23219
(804) 786-2071
solicitorgeneral@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

5

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
By: /s/ *Aleeza Strubel*
Aleeza Strubel
  *Complex Litigation Counsel*
Elizabeth H. Jordan
  *Social Equity Counsel*
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Aleeza.Strubel@ilag.gov
Elizabeth.Jordan@ilag.gov

*Counsel for the State of Illinois*

NICHOLAS W. BROWN
  *Attorney General*
  *State of Washington*

By: /s/ *Molly Powell*
*Molly Powell
*Mina Shahin
  *Assistant Attorneys General*
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
molly.powell@atg.wa.gov
mina.shahin@atg.wa.gov

*Counsel for the State of Washington*

JOSHUA L. KAUL
  *Attorney General*
  *State of Wisconsin*
By: /s/ *Faye B. Hipsman*
Faye B. Hipsman
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov

*Counsel for the State of Wisconsin*

*Pro Hac Vice* motions forthcoming
** Admitted *Pro Hac Vice*

6

## LOCAL RULE 7.1 CERTIFICATE

I, Michelle Pascucci, certify that on March 13, 2026, I conferred with counsel for the Department of Justice regarding the relief sought in this motion.  The Department of Justice takes no position to the relief sought herein.

/s/ Michelle Pascucci

**<u>CERTIFICATE OF SERVICE</u>**

I, Michelle Pascucci, certify that on March 13, 2026, I provided a copy of the foregoing document to the following attorney at the U.S. Department of Justice by electronic mail:

Brittany Bruns
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
Brittany.Bruns@usdoj.gov


*/s/ Michelle Pascucci*
Michelle Pascucci (BBO #690889)

8