UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) | Civil Action No. 26-11229-FDS |
| DEPARTMENT OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) ) ) |

**TEMPORARY RESTRAINING ORDER EXTENDING DEADLINE**

**SAYLOR, J.**

On March 13, 2026, plaintiffs the Commonwealth of Massachusetts and sixteen other states moved for a temporary restraining order in this case. Defendants are the Department of Education; Linda McMahon, Secretary of Education; the Office of Management and Budget; and Russell Vought, Director of the Office of Management and Budget. Plaintiffs allege that defendants' actions approving and implementing an Admissions and Consumer Transparent Supplement ("ACTS") survey are contrary to law. According to the complaint, the relevant institutions of higher education must complete the challenged survey by March 18, 2026.

In order to permit a hearing and orderly resolution of the issues, the Court hereby issues a temporary restraining order extending the deadline to complete the ACTS survey through March 25, 2026, and temporarily restraining defendants from enforcing the deadline of March 18, 2026, without prejudice to a further extension of the deadline or other preliminary relief as justice may require.

2

**So Ordered.**

                                          /s/ F. Dennis Saylor IV
                                          F. Dennis Saylor IV
Dated at Boston, Massachusetts        United States District Court Judge
March 13, 2026, 5:00 p.m.