## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Commonwealth of Massachusetts, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Department of Education, et al.,<br><br>*Defendants.* | Case No.: 1:26-cv-11229 |

### DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1.  I am over the age of eighteen and am not a party to this litigation.

2.  I received summonses directed to defendants Department of Education, Secretary Linda McMahon, Office of Management and Budget, and Director Russell Vought.

3.  On March 16, 2026, I sent copies of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

| | |
|---|---|
| United States Department of Education | General Counsel<br>United States Department of Education<br>400 Maryland Ave, SW<br>Washington, D.C. 20202 |
| Linda McMahon<br>Secretary of Education | Linda McMahon<br>Secretary, United States Department of Education<br>400 Maryland Ave, SW<br>Washington, D.C. 20202 |
| Office of Management and Budget | General Counsel<br>Office of Management and Budget<br>725 17th Street, NW<br>Washington, DC 20503 |
| Russell Vought<br>Director of the Office of Management and Budget | Russell Vought<br>Director, Office of Management and Budget<br>725 17th Street, NW<br>Washington, DC 20503 |

1

4.      Additionally, on March 16, 2026, I sent copies of the summonses for all parties described in paragraph 2, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

| | |
|---|---|
| Attorney General of the United States | Attorney General of the United States<br>Assistant Attorney General for Administration<br>U.S. Dept. of Justice<br>Justice Management Division<br>950 Pennsylvania Ave., N.W.<br>Room 1111<br>Washington, D.C. 20530 |
| Office of the United States Attorney for the District of Massachusetts | Office of the United States Attorney for the District of Massachusetts<br>Civil-Process Clerk<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 |

I declared under penalty of perjury that the foregoing is true and correct.

3/16/2026
Date

Signature

Donald Booker
Printed Name

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Carol Guerrero
Carol Guerrero

Dated: March 16, 2026