AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-11229-FDS |
| U.S. Department of Education, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici curiae Association of American Universities, American Council on Education, Association of American Medical Colleges, American Association of Collegiate Registrars and Admissions Officers, American Association of State Colleges and Universities,   . Association of Governing Boards of Universities and Colleges, Council of Graduate Schools, Council of Independent Colleges, National Association of College and University Business Officers, National Association of Independent Colleges and Universities, and National Association of Student Financial Aid Administrators

Date:     03/20/2026

/s/ Mary-Claire Spurgin
*Attorney's signature*

Mary-Claire Spurgin
*Printed name and bar number*

Jenner & Block LLP
1099 New York Ave. NW, Suite 900
Washington, D.C., 20001

*Address*

MSpurgin@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

(202) 639-6066
*FAX number*