## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON, and STATE OF WISCONSIN,

*Plaintiffs*,

*v.*

U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of Education; OFFICE OF MANAGEMENT AND BUDGET; and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,

*Defendants*.

Case No.1:26-cv-11229

### DECLARATION OF BRITTANY S. BRUNS

I, Brittany Bruns, declare as follows:

I am a trial attorney at the U.S. Department of Justice, and counsel of record for Defendants United States Department of Education, Linda McMahon, in her official capacity as Secretary of Education, Office of Management and Budget, and Russell Vought, in his official capacity as Director of the Office of Management and Budget in the above-captioned matter. I submit this Declaration in conjunction with Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, which is being filed concurrently herewith.

1.     Attached as Exhibit A is a true and accurate copy of Integrated Postsecondary

1

Education Data System (IPEDS) National Center for Education Statistics (NCES), *Your primary source for information on U.S. colleges, universities, and technical and vocational institutions*, available at https://nces.ed.gov/ipeds.

2.    Attached as Exhibit B is a true and accurate copy of NCES Inst. of Educ. Scis., *Integrated Postsecondary Education Data System (IPEDS)* ~~2024-25~~ *2025-26 through 2026-27 Fall Enrollment (EF)*, OMB No. 1850-0582 v. 33, available at https://downloads.regulations.gov/ED-2025-SCC-0382-3466/attachment_1.pdf.

3.    Attached as Exhibit C is a true and accurate copy of NCES Inst. of Educ. Scis., *Integrated Postsecondary Education Data System (IPEDS)* ~~2024-25~~ *2025-26 through 2026-27 Admissions (ADM)*, OMB No. 1850-0582 v. 33, and is available at https://downloads.regulations.gov/ED-2025-SCC-0382-3466/attachment_9.pdf.

4.    Attached as Exhibit D is a true and accurate copy of NCES Handbook of Survey Methods, *Integrated Postsecondary Education Data System (IPEDS)* (Updated Apr. 2019), and is available at https://nces.ed.gov/statprog/handbook/pdf/ipeds.pdf.

5.    Attached as Exhibit E is a true and accurate copy of a letter from Keith Maddox, U.S. Dep't of Education Regional Inspector General of Audit to Dr. Tim Hudson, Arkansas State University Chancellor dated Sept. 26, 2013 regarding the Final Audit Report, and is available at https://www.oversight.gov/reports/audit/arkansas-state-universitys-administration-selected-aspects-title-iv-programs.

6.    Attached as Exhibit F is a true and accurate copy of a Presidential Memorandum, *Ensuring Transparency in Higher Education Admissions* (Aug. 7, 2025), and is available at https://www.whitehouse.gov/presidential-actions/2025/08/ensuring-transparency-in-higher-education-admissions/.

7.      Attached as Exhibit G is a true and accurate copy of U.S. Dep't of Educ. Press Release, *U.S. Secretary of Education Linda McMahon Directs National Center for Education Statistics to Collect Universities' Data on Race Discrimination in Admissions* (Aug. 7, 2025), and is available at https://www.ed.gov/about/news/press-release/us-secretary-of-education-linda-mcmahon-directs-national-center-education-statistics-collect-universities-data-race-discrimination-admissions.

8.      Attached as Exhibit H is a true and accurate copy of Agency Information Collection Activities; Comment Request; Integrated Postsecondary Education Data System (IPEDS) 2024-25 Through 2026-27, 90 Fed. Reg. 39,384 (Aug. 15, 2025), and is available at https://www.govinfo.gov/content/pkg/FR-2025-08-15/pdf/2025-15536.pdf.

9.      Attached as Exhibit I is a true and accurate copy of the Comment submitted by California Office of the Attorney General re: Comments on Integrated Postsecondary Education Data System (IPEDS) 2024-25 Through 2026-27 Information Collection Request (ICR), Docket No. ED-2025-SCC-0382, OMB Control No. 1850-0582 (Oct. 14, 2025), and is available at https://perma.cc/7UD9-2JJN.

10.     Attached as Exhibit J is a true and accurate copy of NCES Inst. of Educ. Scis., *Integrated Postsecondary Education Data System (IPEDS) 2024-25 through 2026-27 Appendix E: Response to Public Comments Received During the 60-day Comment Period and NCES Responses*, OMB No. 1850-0582 v.33 (Revised Oct. 2025), and is available at https://downloads.regulations.gov/ED-2025-SCC-0382-3466/attachment_18.pdf.

11.     Attached as Exhibit K is a true and accurate copy of Agency Information Collection Activities; Submission to the Office of Management and Budget for Review and Approval; Comment Request; Integrated Postsecondary Education Data System (IPEDS) 2025-26 Through

2026-27, 90 Fed. Reg. 50,940 (Nov. 13, 2025), and is available at https://www.govinfo.gov/content/pkg/FR-2025-11-13/pdf/2025-19874.pdf.

12.    Attached as Exhibit L is a true and accurate copy of NCES Inst. of Educ. Scis., *Integrated Postsecondary Education Data System (IPEDS)* ~~2024-25~~ *2025-26 through 2026-27 Admissions and Consumer Transparency Supplement (ACTS) Package*, OMB No. 1850-0582 v. 33 (Oct. 2025), and is available at https://downloads.regulations.gov/ED-2025-SCC-0382-3466/attachment_13.pdf.

13.    Attached as Exhibit M is a true and accurate copy the Comment submitted by California Office of the Attorney General re: Comments on Integrated Postsecondary Education Data System (IPEDS) 2025-26 Through 2026-27 Information Collection Request Submission to Ofice of Management and Budget for Review and Approval, Docket No. ED-2025-SCC-0382, OMB Control No. 1850-0582 (November 13 Comment Request) (Dec. 15, 2025), and is available at https://perma.cc/F2JC-9JLZ.

14.    Attached as Exhibit N is a true and accurate copy of Integrated Postsecondary Education Data System (IPEDS) 2025-26 through 2026-27 certification of compliance with PRA requirements of 44 U.S.C. § 3506(c)(3), and is available at https://www.reginfo.gov/public/do/PRAViewICR?ref_nbr=202508-1850-001#section9_anchor.

15.    Attached as Exhibit O is a true and accurate copy of NCES Inst. of Educ. Scis., *Integrated Postsecondary Education Data System (IPEDS)* ~~2024-25~~ *2025-26 through 2026-27 Supporting Statement Part A*, OMB No. 1850-0582 v. 33 (Revised Dec. 2025), and is available at https://www.reginfo.gov/public/do/PRAViewDocument?ref_nbr=202508-1850-001.

16.    Attached as Exhibit P is a true and accurate copy of a draft of the NCES Inst. of Educ. Scis., *Integrated Postsecondary Education Data System (IPEDS)* ~~2024-25~~ *2025-26 through*

*2026-27 Supporting Statement Part B*, OMB No. 1850-0582 v. 33 (Revised Dec. 2025), and is available at https://www.reginfo.gov/public/do/PRAViewDocument?ref_nbr=202508-1850-001.

17.    Attached as Exhibit Q is a true and accurate copy of a draft of the NCES Inst. of Educ. Scis., *Integrated Postsecondary Education Data System (IPEDS)* ~~2024-25~~ *2025-26 through 2026-27 Appendix F: Comment Matrix*, OMB No. 1850-0582 v. 33 (Revised Dec. 2025), and is available at https://www.reginfo.gov/public/do/PRAViewDocument?ref_nbr=202508-1850-001.

**18.**    Attached as Exhibit R is a true and accurate copy of Integrated Postsecondary Education Data System (IPEDS) National Center for Education Statistics (NCES), *ACTS Collection Dates and Required Institutions* (Dec. 18, 2025), and is available at https://perma.cc/P62G-ZNQY.

**19.**    Attached as Exhibit S is a true and accurate copy of the Declaration of Matthew Soldner, Interim Deputy Commissioner of the National Center for Education Statistics.

***

I declare under penalty that the foregoing is true and correct.


Dated:  March 23, 2026

*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS