**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **COMMONWEALTH OF MASSACHUSETTS, et al.,** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | **Civil Action No.** |
| **v.** | **)** | **26-11229-FDS** |
| | **)** | |
| **DEPARTMENT OF EDUCATION, et al.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

**TEMPORARY RESTRAINING ORDER FURTHER EXTENDING DEADLINE**

**SAYLOR, J.**

On March 13, 2026, plaintiffs the Commonwealth of Massachusetts and sixteen other states moved for a temporary restraining order in this case. Defendants are the Department of Education; Linda McMahon, Secretary of Education; the Office of Management and Budget; and Russell Vought, Director of the Office of Management and Budget. Plaintiffs allege that defendants' actions approving and implementing an Admissions and Consumer Transparent Supplement ("ACTS") survey are contrary to law. According to the complaint, the relevant institutions of higher education were required to complete the challenged survey by March 18, 2026.

Later that day, the Court issued a temporary restraining order extending the deadline to complete the ACTS survey through March 25, 2026. The Court then held a hearing on March 24, 2026. As stated at the hearing, because defendants have appeared in the case and filed a response, plaintiffs' motion will be treated as one seeking a preliminary injunction.

For the reasons stated on the record, and in order to provide an opportunity for supplemental briefing and to permit orderly resolution of the issues, the Court hereby issues a further temporary restraining order extending the deadline to complete the ACTS survey for the 17 named plaintiffs and their constituent institutions of higher education through April 6, 2026, and temporarily restraining defendants from enforcing the deadline of March 18, 2026, against those plaintiffs, without prejudice to the issuance of such other preliminary relief as justice may require.

**So Ordered.**

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated at Boston, Massachusetts          United States District Court Judge
March 24, 2026, 6:00 p.m.

2