**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.,* <br><br>         *Plaintiffs*, <br>   v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.,* <br><br>         *Defendants*. | Case No. 1:26-cv-11229-FDS |

### ASSOCIATION OF AMERICAN UNIVERSITIES' MOTION TO INTERVENE

Pursuant to Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure, the Association of American Universities ("AAU") hereby respectfully moves for leave to intervene as a plaintiff in the above-captioned action. The Admissions and Consumer Transparency Supplement ("ACTS") directly and profoundly affects AAU's members. In accordance with Federal Rule of Civil Procedure 24(c), AAU submits a Proposed Complaint with this motion, which sets forth the claims for which intervention is sought. AAU also attaches its comments to the agency as Exhibits 1 and 2.

As set forth in the accompanying memorandum, AAU satisfies each of the requirements for permissive intervention. First, this motion is timely because the action is at an early stage; Defendants have yet to file a responsive pleading. Second, AAU has claims that share with the pending action a common question of law or fact—that is, that ACTS conflicts with multiple federal statutes and is otherwise arbitrary and capricious under the Administrative Procedure Act. Moreover, intervention by AAU would promote judicial economy without creating undue delay or prejudice to the adjudication of the original parties' rights, as AAU is prepared to brief its claims in accordance with any schedule set by this Court.

WHEREFORE, AAU respectfully requests that the Court grant AAU's motion for permissive intervention in the above-captioned action.

Dated: March 25, 2026

Respectfully submitted,

/s/ *Lindsay C. Harrison*

JENNER & BLOCK LLP

Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Ishan K. Bhabha *(pro hac vice)*
Lindsay C. Harrison *(pro hac vice)*
Elizabeth Henthorne *(pro hac vice)*
Hilary Ledwell *(pro hac vice* pending*)*
Mary-Claire Spurgin *(pro hac vice)*
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
BHenthorne@jenner.com
HLedwell@jenner.com
MSpurgin@jenner.com

*Counsel for Association of American Universities*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

Dated: March 25, 2026                    /s/ Lindsay C. Harrison

Lindsay C. Harrison *(pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (312) 639-6000
LHarrison@jenner.com

3

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(a), I hereby certify that counsel for AAU has conferred with counsel for Plaintiffs and counsel for Defendants about the filing of this motion.

Dated: March 25, 2026

/s/ Lindsay C. Harrison

Lindsay C. Harrison *(pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (312) 639-6000
LHarrison@jenner.com

4