**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.,*<br><br>                 *Plaintiffs*,<br>     v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.,*<br><br>                 *Defendants*. | Case No. 1:26-cv-11229-FDS |

**[PROPOSED] ORDER GRANTING ASSOCIATION OF AMERICAN UNIVERSITIES'**
**MOTION TO INTERVENE**

The Court hereby GRANTS the American Association of Universities' Motion to Intervene

pursuant to Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure.

It is so ordered.

/s/ _____

District Judge F. Dennis  Saylor, IV