**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.,* | |
| *Plaintiffs*, | Case No. 1:26-cv-11229-FDS |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, *et al.,* | |
| *Defendants*. | |

**ASSOCIATION OF AMERICAN UNIVERSITIES'**
**MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, the Association of American Universities ("AAU" or "Plaintiff-Intervenor") hereby respectfully moves the Court to enter a temporary restraining order against Defendants the U.S. Department of Education; Linda McMahon, in her official capacity as Secretary of Education; the Office of Management and Budget; and Russell Vought, in his official capacity as Director of the Office of Management and Budget (collectively, "Defendants"):

(1) staying agency action implementing the Admissions and Consumer Transparency Supplement ("ACTS") survey under Section 705 of the Administrative Procedure Act, 5 U.S.C. § 705, including the deadline to complete the ACTS survey; and

(2) enjoining Defendants from accessing information uploaded by Plaintiff-Intervenor's members for the ACTS survey; requiring that Plaintiff-Intervenor's members complete the ACTS survey by March 25, 2026 and/or March 31, 2026; assessing penalties on Plaintiff-Intervenor's members based on their submissions to the ACTS survey; and

using the ACTS survey as a basis for any investigation or enforcement action against Plaintiff-Intervenor's members.

As set forth in the accompanying memorandum, AAU has established a likelihood of success on the merits of its claims; that it will suffer irreparable harm absent relief; and that the balance of equities and public interest weigh in favor of a temporary restraining order.

WHEREFORE, AAU respectfully requests that the Court grant AAU's motion for a temporary restraining order and enter the accompanying proposed order.

Dated:  March 25, 2026

Respectfully submitted,

*/s/ Lindsay C. Harrison*

JENNER & BLOCK LLP

Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Ishan K. Bhabha *(pro hac vice)*
Lindsay C. Harrison *(pro hac vice)*
Elizabeth Henthorne *(pro hac vice)*
Hilary Ledwell *(pro hac vice pending)*
Mary-Claire Spurgin *(pro hac vice)*
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
BHenthorne@jenner.com
HLedwell@jenner.com
MSpurgin@jenner.com

*Counsel for Association of American Universities*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

Dated: March 25, 2026

/s/ Lindsay C. Harrison

Lindsay C. Harrison (*pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a) and Federal Rule of Civil Procedure 65, I hereby certify that counsel for AAU has conferred with counsel of record for all parties about the filing of this motion. Defendants oppose the relief AAU seeks.

Dated: March 25, 2026

*/s/ Lindsay C. Harrison*

Lindsay C. Harrison (*pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com