**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS,
*et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION,
*et al.*,

*Defendants*.

Case No. 1:26-cv-11229-FDS

**[PROPOSED] ORDER GRANTING PROPOSED PLAINTIFF-INTERVENOR'S MOTION TO EXPEDITE CONSIDERATION OF ITS MOTION TO INTERVENE AND MOTION FOR A TEMPORARY RESTRAINING ORDER**

**SAYLOR, J.**

Before the Court is Proposed Plaintiff-Intervenor AAU's Motion to Expedite Consideration of Its Motion to Intervene, ECF No. 83, and Motion for a Temporary Restraining Order, ECF No. 85. Upon consideration of the Motion, the Court hereby **ORDERS** that AAU's motion to expedite is **GRANTED**, and the Court will expedite consideration of AAU's pending motions so they may be decided before the March 31, 2026 deadline to submit ACTS data to the Department of Education. Any opposition to such motions shall be filed by 6 p.m. ET on March 30, 2026.

**SO ORDERED**.

_____
Hon. F. Dennis Saylor IV
United States District Court Judge