**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **COMMONWEALTH OF MASSACHUSETTS, et al.,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| **v.** | ) ) | **Civil Action No. 26-11229-FDS** |
| **DEPARTMENT OF EDUCATION, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

**ORDER ON MOTIONS OF PROPOSED PLAINTIFF-INTERVENOR ASSOCIATION OF AMERICAN UNIVERSITIES AND PROPOSED PLAINTIFF-INTERVENOR ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS FOR A TEMPORARY RESTRAINING ORDER**

**SAYLOR, J.**

On March 13, 2026, plaintiffs the Commonwealth of Massachusetts and sixteen other states moved for a temporary restraining order in this case. Defendants are the Department of Education; Linda McMahon, Secretary of Education; the Office of Management and Budget; and Russell Vought, Director of the Office of Management and Budget. The complaint alleges that defendants' actions approving and implementing an Admissions and Consumer Transparent Supplement ("ACTS") survey are contrary to law. According to the complaint, the relevant institutions of higher education were required to complete the challenged survey by March 18, 2026.

Later that day, the Court issued a temporary restraining order extending the deadline to complete the ACTS survey through March 25, 2026, to permit orderly briefing and a hearing on the motion. On March 19, 2026, the Association of American Universities and various other national higher-education associations moved to file a brief as *amici curiae,* which the Court

granted.  The Court then held a hearing on March 24, 2026, and issued a brief further temporary restraining order extending the time period to April 6, 2026, for the 17 named plaintiffs and their constituent institutions.

The next day, on March 25, 2026, the Association of American Universities filed a motion to intervene and a motion for a temporary restraining order.  That motion for a temporary restraining order contends that the Department of Education has extended the deadline for all institutions of higher education to complete the ACTS survey to March 31, 2026.  On March 30, 2026, the Association of Independent Colleges and Universities in Massachusetts also filed a motion to intervene and a motion for a temporary restraining order.  Both associations challenge the ACTS survey on grounds similar to those raised by plaintiffs and addressed at the March 25 hearing.

For good cause shown, and in order to provide defendants an opportunity to respond to the motions to intervene and permit orderly resolution of the issues, the Court hereby (1) provisionally grants the motions to intervene for the limited purpose of considering the proposed plaintiff-intervenors' motions for a temporary restraining order; and (2) issues a temporary restraining order (a) extending the deadline to complete the ACTS survey for proposed plaintiff-intervenors and their constituent institutions of higher education through April 14, 2026, and (b) restraining defendants from enforcing the deadline of March 18, 2026, or March 31, 2026, against those institutions.  The issuance of this order is neither a grant of a motion to intervene for all purposes nor a grant of preliminary injunctive relief, both of which will be subject to future briefing and a hearing.

Defendants shall respond to the motions to intervene and for a temporary restraining order by Thursday, April 9, 2026.  The clerk is directed to set a hearing on the motions for April 13, 2026, at 10:00 a.m..

**So Ordered.**

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated at Boston, Massachusetts        United States District Court Judge
March 31, 2026, 12:05 p.m.

3