**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.,* | |
| *Plaintiffs*, | Case No. 1:26-cv-11229-FDS |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, *et al.,* | |
| *Defendants*. | |

**CONNECTICUT CONFERENCE OF INDEPENDENT COLLEGES, MAINE INDEPENDENT COLLEGES ASSOCIATION, AND NORTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, AND OREGON ALLIANCE OF INDEPENDENT COLLEGES AND UNIVERSITIES' MOTION TO INTERVENE**

Pursuant to Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure, the Connecticut Conference of Independent Colleges ("CCIC"), Maine Independent Colleges Association ("MICA"), North Carolina Independent Colleges and Universities ("NCICU"), and Oregon Alliance of Independent Colleges and Universities ("OAICU," and, collectively "the Associations") hereby respectfully move for leave to intervene as plaintiffs in the above-captioned action and for expedited consideration of this motion so that they can be heard alongside the existing provisional intervenors. The Admissions and Consumer Transparency Supplement ("ACTS") directly and profoundly affects the Associations' members.[1] In accordance with Federal Rule of Civil Procedure 24(c), the Associations are submitting a Proposed Complaint with this motion, which sets forth the claims for which intervention is sought.

---

[1] NCICU does not refer to its constituent institutions as "members," but the Associations use that umbrella term for the sake of convenience.

As set forth in the accompanying memorandum, CCIC, MICA, NCICU, and OAICU satisfy each of the requirements for permissive intervention. First, this motion is timely because the action is at an early stage; Defendants have yet to file a responsive pleading. Second, the Associations have claims that share with the pending action a common question of law or fact— that is, that ACTS conflicts with multiple federal statutes and is otherwise arbitrary and capricious under the Administrative Procedure Act. Moreover, intervention by CCIC, MICA, NCICU, and OAICU would promote judicial economy without creating undue delay or prejudice to the adjudication of the original parties' rights, as they seek to have their claims heard on the same schedule as the existing provisional intervenors and are prepared to brief their claims in accordance with any schedule set by this Court.

WHEREFORE, CCIC, MICA, NCICU, and OAICU respectfully request that in order to litigate this motion as well as their Motion for a Temporary Restraining Order on the same schedule as the existing provisional intervenors, the Court grant intervention on a provisional basis and ultimately grant CCIC, MICA, NCICU, and OAICU's motion for permissive intervention in the above-captioned action.

Dated:  April 3, 2026

Respectfully submitted,

/s/ *Lindsay C. Harrison*

JENNER & BLOCK LLP

Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Ishan K. Bhabha *(pro hac vice)*
Lindsay C. Harrison *(pro hac vice)*
Elizabeth Henthorne *(pro hac vice)*

Hilary Ledwell *(pro hac vice)*
Mary-Claire Spurgin *(pro hac vice)*
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
BHenthorne@jenner.com
HLedwell@jenner.com
MSpurgin@jenner.com

*Counsel for Connecticut Conference of Independent College, Maine Independent Colleges Association, North Carolina Independent Colleges and Universities, and Oregon Alliance of Independent Colleges and Universities*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

Dated: April 3, 2026

/s/ Lindsay C. Harrison

Lindsay Harrison (*pro hac* vice)
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a), I hereby certify that counsel for the Associations has attempted to confer with counsel of record for all parties about the filing of this motion. Counsel for the Associations conferred with Plaintiff States, who take no position. Counsel for the Associations has reached out to Defendants via email but as of the filing of this motion, counsel has not received a response from counsel for Defendants.

Dated: April 3, 2026                                      /s/ Lindsay C. Harrison

                                                           Lindsay Harrison (*pro hac* vice)
                                                           JENNER & BLOCK LLP
                                                           1099 New York Avenue NW
                                                           Suite 900
                                                           Washington, DC 20001
                                                           Tel: (202) 639-6000
                                                           LHarrison@jenner.com