**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.,* | |
| *Plaintiffs*, | Case No. 1:26-cv-11229-FDS |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, *et al.,* | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING CONNECTICUT CONFERENCE OF INDEPENDENT COLLEGES, MAINE INDEPENDENT COLLEGES ASSOCIATION, NORTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, AND OREGON ALLIANCE OF INDEPENDENT COLLEGES AND UNIVERSITIES' MOTION TO INTERVENE**

The Court hereby GRANTS the Connecticut Conference of Independent Colleges, Maine Independent Colleges Association, North Carolina Independent Colleges and Universities, and Oregon Alliance of Independent Colleges and Universities' Motion to Intervene pursuant to Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure.

**SO ORDERED**.

_____
Hon. F. Dennis Saylor IV
United States District Court Judge