**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.,*<br><br>             *Plaintiffs*,<br>     v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.,*<br><br>             *Defendants*. | Case No. 1:26-cv-11229-FDS |

## CONNECTICUT CONFERENCE OF INDEPENDENT COLLEGES, MAINE INDEPENDENT COLLEGES ASSOCIATION, NORTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, AND OREGON ALLIANCE OF INDEPENDENT COLLEGES AND UNIVERSITIES' MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, the Connecticut Conference of Independent Colleges ("CCIC"), Maine Independent Colleges Association ("MICA"), North Carolina Independent Colleges and Universities ("NCICU"), and the Oregon Alliance of Independent Colleges and Universities ("OAICU," and collectively, "the Associations") hereby respectfully move the Court to enter a temporary restraining order against Defendants the U.S. Department of Education; Linda McMahon, in her official capacity as Secretary of Education; the Office of Management and Budget; and Russell Vought, in his official capacity as Director of the Office of Management and Budget (collectively, "Defendants"):

(1) staying agency action implementing the Admissions and Consumer Transparency Supplement ("ACTS") survey under Section 705 of the Administrative Procedure Act, 5 U.S.C. § 705, including the deadline to complete the ACTS survey; and

(2) enjoining Defendants from accessing information uploaded by the Associations' members[1] for the ACTS survey; requiring that the Associations' members complete the ACTS survey by April 8, 2026; making ACTS data already submitted by the Associations' members publicly available; assessing penalties on the Associations' members based on their submissions to the ACTS survey; and using the ACTS survey as a basis for any investigation or enforcement action against the Associations' members.

As set forth in the accompanying memorandum, CCIC, MICA, NCICU, and OAICU have established a likelihood of success on the merits of their claims; that they will suffer irreparable harm absent relief; and that the balance of equities and public interest weigh in favor of a temporary restraining order.

WHEREFORE, CCIC, MICA, NCICU, and OAICU respectfully request that the Court grant their motion for a temporary restraining order and enter the accompanying proposed order.


Dated:  April 3, 2026

Respectfully submitted,

/s/ *Lindsay Harrison*

JENNER & BLOCK LLP

Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

Ishan K. Bhabha *(pro hac vice)*
Lindsay C. Harrison *(pro hac vice)*
Elizabeth Henthorne *(pro hac vice)*
Hilary Ledwell *(pro hac vice)*

---

[1] NCICU does not refer to its constituent institutions as "members," but for the sake of convenience the Associations collectively use that umbrella term.

Mary-Claire Spurgin *(pro hac vice)*
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
BHenthorne@jenner.com
HLedwell@jenner.com
MSpurgin@jenner.com

*Counsel for the Connecticut Conference of
Independent College, Maine Independent
Colleges Association, North Carolina
Independent Colleges and Universities, and
Oregon Alliance of Independent Colleges
and Universities*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

Dated: April 3, 2026                                  */s/ Lindsay C. Harrison*

Lindsay Harrison (*pro hac vice*)
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a), I hereby certify that counsel for the Associations has attempted to confer with counsel of record for all parties about the filing of this motion. Counsel for the Associations conferred with Plaintiff States, who take no position. Counsel for the Associations has reached out to Defendants via email but as of the filing of this motion, counsel has not received a response from counsel for Defendants.

Dated: April 3, 2026

*/s/ Lindsay C. Harrison*

Lindsay Harrison (*pro hac vice*)
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com