**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.,*<br><br>         *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.,*<br><br>         *Defendants*. | Case No. 1:26-cv-11229-FDS |

**[PROPOSED] ORDER GRANTING CONNECTICUT CONFERENCE OF INDEPENDENT COLLEGES, MAINE INDEPENDENT COLLEGES ASSOCIATION, AND NORTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, AND OREGON ALLIANCE OF INDEPENDENT COLLEGES AND UNIVERSITIES' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Section 705 of the Administrative Procedure Act, the Court hereby GRANTS Plaintiff-Intervenors the Connecticut Conference of Independent Colleges, Maine Independent Colleges Association, North Carolina Independent Colleges and Universities, and Oregon Alliance of Independent Colleges and Universities' Motion for a Temporary Restraining Order.

Agency action implementing the Admissions and Consumer Transparency Supplement ("ACTS") survey, including the deadline for completing the survey, is hereby STAYED pending further order of this Court.

Additionally, Defendants the U.S. Department of Education; Linda McMahon, in her official capacity as Secretary of Education; the Office of Management and Budget; and Russell Vought, in his official capacity as Director of the Office of Management and Budget (collectively, "Defendants") are hereby ENJOINED from:

(1) Accessing information uploaded by Plaintiff-Intervenor's members for the ACTS survey;

(2) Requiring that Plaintiff-Intervenor's members complete the ACTS survey by April 8, 2026;

(3) Making ACTS data already submitted by Plaintiff-Intervenor's members publicly available;

(4) Assessing penalties on Plaintiff-Intervenor's members based on their submissions to the ACTS survey; and

(5) Using the ACTS survey as a basis for any investigation or enforcement action against Plaintiff-Intervenor's members.

**SO ORDERED**.

_____

Hon. F. Dennis Saylor IV
United States District Court Judge