**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,     ) ) ) ) Plaintiffs,     ) ) v.     ) ) DEPARTMENT OF EDUCATION, et al.,     ) ) Defendants.     ) ) | **Civil Action No.** **26-11229-FDS** |

## PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, after a hearing, and for the reasons set forth in the Court's Memorandum and Order on Plaintiffs' Motion for a Preliminary Injunction, the Court hereby preliminarily ENJOINS defendants the United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education (collectively, "defendants"), as follows:

1.      Pending further order of the Court or trial on the merits of this action, defendants shall not enforce any deadline for compliance with the IPEDS Admissions and Consumer Transparency Supplement (the "ACTS survey component") against the Commonwealth of Massachusetts; the State of California; the State of Maryland; the State of Colorado; the State of Connecticut; the State of Delaware; the State of Hawaii; the State of Illinois; the State of Nevada; the State of New Jersey; the State of New York; the State of Oregon; the State of Rhode Island; the State of Vermont; the Commonwealth of Virginia; the State of Washington; the State of Wisconsin; or any of their state colleges, universities, or other institutions of higher education (collectively, "plaintiffs").

2.      Pending further order of the Court or trial on the merits of this action, defendants shall not seek civil penalties, bring any enforcement action, or otherwise penalize plaintiffs in any manner for not submitting the data required by the ACTS survey component.

3.      Pending further order of the Court, plaintiffs shall take reasonable steps to preserve data within their possession that is responsive to the ACTS survey component such that they would be able to respond to the ACTS survey component in good faith if this preliminary injunction is later modified or overturned.

4.      Pursuant to Fed. R. Civ. P. 65(c), plaintiffs shall post with this Court a bond of $100 within seven days.

**So Ordered.**

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated at Boston, Massachusetts          United States District Judge
April 3, 2026, 9:00 p.m.