**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ) | |
| **COMMONWEALTH OF** ) | |
| **MASSACHUSETTS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **26-11229-FDS** |
| ) | |
| **DEPARTMENT OF EDUCATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER ON MOTIONS OF PROPOSED PLAINTIFF-INTERVENORS CONNECTICUT CONFERENCE OF INDEPENDENT COLLEGES, MAINE INDEPENDENT COLLEGES ASSOCIATION, NORTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, AND OREGON ALLIANCE OF INDEPENDENT COLLEGES AND UNIVERSITIES AND PROPOSED PLAINTIFF-INTERVENORS INDEPENDENT <u>COLLEGE GROUP FOR A TEMPORARY RESTRAINING ORDER</u>**

**SAYLOR, J.**

On March 13, 2026, plaintiffs the Commonwealth of Massachusetts and sixteen other states moved for a temporary restraining order in this case. Defendants are the Department of Education; Linda McMahon, Secretary of Education; the Office of Management and Budget; and Russell Vought, Director of the Office of Management and Budget. The complaint alleges that defendants' actions approving and implementing an Admissions and Consumer Transparent Supplement ("ACTS") survey are contrary to law. According to the complaint, the relevant institutions of higher education were required to complete the challenged survey by March 18, 2026.

Later that day, the Court issued a temporary restraining order extending the deadline to complete the ACTS survey through March 25, 2026, to permit orderly briefing and a hearing on the motion. On March 19, 2026, the Association of American Universities and various other

national higher-education associations moved to file a brief as *amici curiae*, which the Court granted.  The Court then held a hearing on March 24, 2026, and issued a brief further temporary restraining order extending the time period to April 6, 2026, for the 17 named plaintiffs and their constituent institutions.

The next day, on March 25, 2026, the Association of American Universities filed a motion to intervene and a motion for a temporary restraining order.  On March 30, 2026, the Association of Independent Colleges and Universities in Massachusetts also filed a motion to intervene and a motion for a temporary restraining order.  On March 31, 2026, the Court issued a temporary restraining order extending the deadline for the proposed plaintiff-intervenors to April 14, 2026, and scheduled a hearing on those motions for April 13, 2026.

On April 3, 2026, the Connecticut Conference of Independent Colleges, Maine Independent Colleges Association, North Carolina Independent Colleges and Universities, and Oregon Alliance of Independent Colleges and Universities filed a motion to intervene and a motion for a temporary restraining order.  They contend that some of their members submitted three years of data and therefore received a short extension to April 8, 2026, to complete the ACTS survey.  They challenge the ACTS survey on grounds similar to those raised by plaintiffs.

Later that day, the Court preliminarily enjoined defendants from enforcing any deadline for compliance with the ACTS survey against the 17 current plaintiffs pending further order of the Court or trial on the merits.

On April 6, 2026, Barnard College, Bryn Mawr College, Middlebury College, Sarah Lawrence College, Swarthmore College, and Vassar College (collectively, "Independent College Group") filed a motion to intervene and a motion for a temporary restraining order.  Except for

Middlebury, those colleges have submitted a preliminary set of data and obtained an extension to April 8, 2026, to complete the ACTS survey.  Middlebury has already submitted its responses.

For good cause shown, and in order to provide defendants an opportunity to respond to the motions to intervene and permit orderly resolution of the issues, the Court hereby (1) provisionally grants the motions to intervene of Connecticut Conference of Independent Colleges, Maine Independent Colleges Association, North Carolina Independent Colleges and Universities, Oregon Alliance of Independent Colleges and Universities, and the Independent College Group for the limited purpose of considering the proposed plaintiff-intervenors' motions for a temporary restraining order; and (2) issues a temporary restraining order (a) extending the deadline to complete the ACTS survey for those proposed plaintiff-intervenors and their constituent institutions of higher education through April 14, 2026, and (b) restraining defendants from enforcing the deadlines of March 18, 2026, March 31, 2026, or April 8, 2026, against those institutions.  The issuance of this order is neither a grant of a motion to intervene for all purposes nor a grant of preliminary injunctive relief, both of which will be subject to future briefing and a hearing.

Defendants shall respond to the motions to intervene and for a temporary restraining order by Thursday, April 9, 2026.  A hearing on the motions will be combined with the hearing for proposed plaintiff-intervenors Association of American Universities and Association of Independent Colleges and Universities in Massachusetts currently scheduled for April 13, 2026, at 10:00 a.m.

**So Ordered.**

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV

Dated at Boston, Massachusetts                United States District Court Judge
April 7, 2026, 4:50 p.m.