**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **COMMONWEALTH OF MASSACHUSETTS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEPARTMENT OF EDUCATION, et al.,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.
26-11229-FDS

**TEMPORARY RESTRAINING ORDER FURTHER EXTENDING DEADLINE
FOR PLAINTIFF-INTERVENORS ASSOCIATION OF AMERICAN UNIVERSITIES,
ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN
MASSACHUSETTS, CONNECTICUT CONFERENCE OF INDEPENDENT
COLLEGES, MAINE INDEPENDENT COLLEGES ASSOCIATION, NORTH
CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, OREGON
ALLIANCE OF INDEPENDENT COLLEGES AND UNIVERSITIES,
AND INDEPENDENT COLLEGE GROUP**

**SAYLOR, J.**

On March 13, 2026, plaintiffs the Commonwealth of Massachusetts and sixteen other states moved for a temporary restraining order in this case. Defendants are the Department of Education; Linda McMahon, Secretary of Education; the Office of Management and Budget; and Russell Vought, Director of the Office of Management and Budget. The complaint alleges that defendants' actions approving and implementing an Admissions and Consumer Transparent Supplement ("ACTS") survey are contrary to law. According to the complaint, the relevant institutions of higher education were required to complete the challenged survey by March 18, 2026.

Later that day, the Court issued a temporary restraining order extending the deadline to complete the ACTS survey through March 25, 2026, to permit orderly briefing and a hearing on

the motion. On March 19, 2026, the Association of American Universities and various other national higher-education associations moved to file a brief as *amici curiae*, which the Court granted. The Court then held a hearing on March 24, 2026, and issued a brief further temporary restraining order extending the time period to April 6, 2026, for the 17 named plaintiffs and their constituent institutions.

The next day, on March 25, 2026, the Association of American Universities filed a motion to intervene and a motion for a temporary restraining order. On March 30, 2026, the Association of Independent Colleges and Universities in Massachusetts also filed a motion to intervene and a motion for a temporary restraining order. On March 31, 2026, the Court issued a temporary restraining order extending the deadline for the proposed plaintiff-intervenors to April 14, 2026, and scheduled a hearing on those motions for April 13, 2026.

On April 3, 2026, the Connecticut Conference of Independent Colleges, Maine Independent Colleges Association, North Carolina Independent Colleges and Universities, and Oregon Alliance of Independent Colleges and Universities filed a motion to intervene and a motion for a temporary restraining order.

Later that day, the Court preliminarily enjoined defendants from enforcing any deadline for compliance with the ACTS survey against the 17 current plaintiffs pending further order of the Court or trial on the merits.

On April 6, 2026, Barnard College, Bryn Mawr College, Middlebury College, Sarah Lawrence College, Swarthmore College, and Vassar College (collectively, "Independent College Group") filed a motion to intervene and a motion for a temporary restraining order. The Court then issued a temporary restraining order extending the deadline for the new proposed plaintiff-intervenors to April 14, 2026.

2

The Court held a hearing on all proposed plaintiff-intervenors' motions to intervene and motions for a temporary restraining order on April 13, 2026.  Defendants did not oppose the motions to intervene, and the Court granted those motions.  As stated at the hearing, plaintiff-intervenors' motions for a temporary restraining order will be treated as ones seeking a preliminary injunction or stay of agency action during the pendency of the litigation.

For good cause shown, and in order to provide an opportunity for supplemental briefing and to permit orderly resolution of the issues, the Court hereby issues a temporary restraining order (a) extending the deadline to complete the ACTS survey for the plaintiff-intervenors and their constituent institutions of higher education through April 24, 2026, and (b) restraining defendants from enforcing the deadlines of March 18, 2026, March 31, 2026, or April 8, 2026, against those institutions, without prejudice to the issuance of such other preliminary relief as justice may require.

**So Ordered.**


/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated at Boston, Massachusetts        United States District Court Judge
April 13, 2026, 3:10 p.m.


3