**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON, and STATE OF WISCONSIN, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of Education; OFFICE OF MANAGEMENT AND BUDGET; and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget, <br><br> *Defendants*. | Case No.1:26-cv-11229 |

**DECLARATION OF BRITTANY S. BRUNS**

I, Brittany Bruns, declare as follows:

I am a trial attorney at the U.S. Department of Justice, and counsel of record for Defendants United States Department of Education, Linda McMahon, in her official capacity as Secretary of Education, Office of Management and Budget, and Russell Vought, in his official capacity as Director of the Office of Management and Budget in the above-captioned matter. I submit this Declaration in conjunction with Defendants' Supplemental Memorandum in Opposition to Intervenors' Motions for Temporary Restraining Orders.

1

1.    Attached as Exhibit A is a true and accurate copy of the Fourth Declaration of Matthew Soldner, Interim Deputy Commissioner of the National Center for Education Statistics.

***

I declare under penalty that the foregoing is true and correct.


Dated:  April 15, 2026

*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS