# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Commonwealth of Massachusetts, et al., <br><br> *Plaintiffs,* <br><br> v. <br> Department of Education, et al., <br><br> *Defendants.* | Case No. 1:26-cv-11229 |

**DECLARATION OF MATTHEW SOLDNER**

1. My name is Matthew Soldner.  I am currently employed as the Interim Deputy Commissioner of the National Center for Education Statistics. In that role, I also serve as Acting Commissioner, National Center for Education Statistics and the Acting Director, Institute of Education Sciences (IES) at the U.S. Department of Education (ED).  I started serving as Interim Deputy Commissioner of the National Center for Education Statistics (NCES) on July 1, 2025, and have worked at IES most recently since July 1, 2018. The following is based on my personal knowledge or information provided to me in the course of performing my duties.

2. Data provided to me by the Integrated Postsecondary Education Data System (IPEDS) data collection contractor on April 13, 2026, indicates that 1635 of 2044 eligible institutions have completed and locked all required years of data.

3. Data provided to me by the Integrated Postsecondary Education Data System (IPEDS) data collection contractor on April 14, 2026, indicates that, for the associations' 196 members:

    a. 90 have locked or completed all required years of data, meaning edits are complete, data have been submitted, and are either fully locked or awaiting being fully locked; and

    b. 129 have cleaned, locked, or completed all required years of data, with the first group having resolved all edit errors and needing only to apply final locks.

4. The up-to-date status of all institutions' submissions to IPEDS is publicly available, and can be found here: https://surveys.nces.ed.gov/ipeds/public/reporting-status

*** 

I declare under penalty of perjury that the foregoing is true and correct.

1

2

Executed in Paris, France this 15th day of April.

MATTHEW
SOLDNER

Digitally signed by MATTHEW
SOLDNER
Date: 2026.04.15 19:03:54
-04'00'

Matthew Soldner