**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.,* | |
| *Plaintiffs,* | Case No. 1:26-cv-11229-FDS |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, *et al.,* | |
| *Defendants*. | |

**PLAINTIFFS' SUPPLEMENTAL LETTER REGARDING ACTS SURVEY CONTRACTORS**

Plaintiffs and Plaintiffs-Intervenors jointly submit this notice to advise the Court of a recent factual development relevant to this matter.

Plaintiffs and Plaintiffs-Intervenors recently learned that on April 15, 2026, the Department of Education awarded a new IPEDS contract to Applied Engineering Management Corp. ("AEM"), starting April 30.  That means in a little over a week, longtime IPEDS contractor RTI International will be replaced by AEM for a term running through 2031. *See Contract to Applied Enterprise Management Corporation*, USAspending.gov, https://www.usaspending.gov/award /CONT_AWD_91990026F0032_9100_91990023D0008_9100 (last visited Apr. 20, 2026), Ex. 1; Second Supplemental Declaration of Barbara R. Snyder ¶¶ 4, 7 & Ex. 1 ("Second Suppl. Snyder Decl.").

Throughout this case, Defendants have highlighted RTI's experience with prior IPEDS submissions to assuage concerns about the Department of Education's ability to handle the submission, analysis, and protection of ACTS data. *See, e.g.*, Defs.' Suppl. Opp'n to State Pls.' Mot. for a Preliminary Injunction 2, ECF No. 99 (noting the Department's "longstanding contract

1

with RTI"); Decl. of Matthew Soldner, Interim Deputy Commissioner of the National Center for Education Statistics at 5, ECF No. 100-2 ("Soldner Decl.") (RTI has "supported NCES in the conduct of IPEDS . . . for more than 20 years"); Defs.' Opp'n to Intervenors' Mot. for a Temporary Restraining Order 13 ("Defs.' TRO Opp'n") ("The Department has long used a contractor, RTI, to help [Institutions of Higher Education] identify and correct errors, and that service is still in place. NCES increased its contract with RTI for the ACTS component, including by increasing funding for RTI staff Help Desk training." (citations omitted)). Defendants also referenced RTI's expertise at the April 13 hearing on Plaintiff-Intervenors' motion for a temporary restraining order, arguing that the Department leveraged RTI's decades of expertise from past IPEDS submissions to benefit the ACTS implementation process.[1]

To date, as Defendants have described, RTI has played a substantial role in the ACTS implementation process.  For example, it has been responsible for helping Institutions of Higher Education ("IHEs") "identify and correct errors" in preliminary submissions and for staffing the NCES Help Desk to answer IHEs' questions about their submissions. Defs.' TRO Opp'n at 13. RTI is also responsible at least in part for protecting the privacy of the student data submitted by IHEs: It was RTI that was assigned to "analyz[e] the privacy risks associated with the generation and potential release of data files arising from the ACTS collection" before proposing a "disclosure avoidance plan." Soldner Decl. ¶¶ 5-7.

But, starting April 30th, RTI will no longer be handling the IPEDS contract, and the Department will no longer have the benefit of RTI's decades of experience. *See* Second Suppl. Snyder Decl. ¶¶ 5-7. Instead—after a two-week transition—Plaintiffs' and Plaintiff-Intervenors'

---

[1] A transcript of the April 13 hearing is not yet available.

understanding is that AEM will become responsible for all IPEDS submissions, including the

ACTS Survey. *Id.* ¶ 7.

Dated: April 21, 2026

ANDREA JOY CAMPBELL
   *Attorney General*
   *Commonwealth of Massachusetts*
By: /s/ *Michelle R. Pascucci*
Michelle R. Pascucci
   *State Trial Counsel*
Laila M. Ameri
Jared B. Cohen
Carol Guerrero
   *Assistant Attorneys General*
1 Ashburton Pl.
Boston, MA 02108
michelle.pascucci@mass.gov
laila.ameri@mass.gov
jared.b.cohen@mass.gov
carol.guerrero@mass.gov

*Counsel for the Commonwealth of Massachusetts*

Respectfully submitted,

JENNER & BLOCK LLP

s/ *Lindsay C. Harrison*

Ishan K. Bhabha (pro hac vice)
Lindsay C. Harrison (pro hac vice)
Elizabeth Henthorne (pro hac vice)
Hilary Ledwell (pro hac vice)
Mary-Claire Spurgin (pro hac vice)
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
BHenthorne@jenner.com
HLedwell@jenner.com
MSpurgin@jenner.com
Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

*Counsel for Plaintiff Associations Association of American Universities, Association of Independent Colleges and Universities in Massachusetts, Connecticut Conference of Independent Colleges, Maine Independent Colleges Association, North Carolina Independent Colleges and Universities, and Oregon Alliance of Independent Colleges and Universities*

HOLLAND & KNIGHT, LLP

/s/ *Jeffrey J. Nolan*

Jeffrey J. Nolan (BBO #625091)
Holland & Knight, LLP
10 Saint James Avenue
15th Floor
Boston, MA 02116
Telephone: (617) 854-1459
Jeffrey.Nolan@hklaw.com

*Attorneys for the ICG Plaintiff-Intervenors*

3

ANTHONY G. BROWN
  *Attorney General for the State of Maryland*
By: /s/ *Virginia A. Williamson*
Virginia A. Williamson
  *Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
vwilliamson@oag.maryland.gov

*Counsel for the State of Maryland*

ROB BONTA
  *Attorney General for the State of California*
By: /s/ *Delbert Tran*
Delbert Tran
  *Deputy Attorney General*
Michael L. Newman
  *Senior Assistant Attorney General*
Virginia Corrigan
  *Supervising Deputy Attorney General*
Brandy Doyle
Nicholas Keats
Kenneth Sugarman
  *Deputy Attorneys General*
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
(415) 510-3563
Michael.Newman@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Brandy.Doyle@doj.ca.gov
Nicholas.Keats@doj.ca.gov
Kenneth.Sugarman@doj.ca.gov
Delbert.Tran@doj.ca.gov

*Counsel for the State of California*

JENNIFER DAVENPORT
  *Attorney General of New Jersey*
By: /s/ *Nancy M. Trasande*
Nancy M. Trasande
  *Civil Rights Section Chief*
Jonathan B. Mangel
  *Deputy Attorney General*
Jillian Lewis Ollwerther
  *Deputy Attorney General*
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 696-5365
Nancy.Trasande@law.njoag.gov
Jonathan.Mangel@law.njoag.gov
Jillian.Ollwerther@law.njoag.gov

 *Counsel for the State of New Jersey*

AARON D. FORD
  *Attorney General*
By: /s/ *K. Brunetti Ireland*
K. Brunetti Ireland
  *Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for the State of Nevada*

4

LETITIA JAMES
  *Attorney General of New York*
By: /s/ *Jessica Ranucci*
Jessica Ranucci
*Special Counsel*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
28 Liberty Street
New York, NY 10005
(929) 736-3392
jessica.ranucci@ag.ny.gov

*Counsel for the State of New York*


DAN RAYFIELD
  *Attorney General of Oregon*
By: /s/ *Leanne E. Hartmann*
Leanne E. Hartmann
  *Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Derek.Olson@doj.oregon.gov

*Counsel for the State of Oregon*

PETER F. NERONHA
  *Attorney General of Rhode Island*
By: /s/ *Chandana Pandurangi*
*Chandana Pandurangi
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
cpandurangi@riag.ri.gov

*Counsel for the State of Rhode Island*

PHILIP J. WEISER
  *Attorney General of Colorado*
By: /s/ *Nora Passamaneck*
Nora Passamaneck
  *Senior Assistant Attorney General*
Sarah H. Weiss
  *Senior Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
nora.passamaneck@coag.gov
sarah.weiss@coag.gov

*Counsel for the State of Colorado*

WILLIAM TONG
  *Attorney General of Connecticut*
By: /s/ *Mary Lenehan*
Mary Lenehan
  *Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Mary.Lenehan@ct.gov

*Attorney for the State of Connecticut*


KATHLEEN JENNINGS
  *Attorney General of the State of Delaware*
By: /s/ *Ian R. Liston*
Ian R. Liston
  *Director of Impact Litigation*
Rose E. Gibson
Vanessa L. Kassab
  *Deputy Attorneys General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Counsel for the State of Delaware*

CHARITY R. CLARK
 *Attorney General of Vermont*
By: */s/ Ryan P. Kane*
Ryan P. Kane
 *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

*Counsel for the State of Vermont*


JAY JONES
 *Attorney General of Virginia*
By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge
 *Solicitor General*
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, Virginia 23219
(804) 786-2071
solicitorgeneral@oag.state.va.us

*Counsel for the Commonwealth of Virginia*


NICHOLAS W. BROWN
 *Attorney General*
 *State of Washington*
By: */s/ Molly Powell*
Molly Powell
Mina Shahin
 *Assistant Attorneys General*
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
molly.powell@atg.wa.gov
mina.shahin@atg.wa.gov

*Counsel for the State of Washington*


ANNE E. LOPEZ
 *Attorney General for the State of Hawaiʻi*
By: */s/ Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes
 *Solicitor General*
David D. Day
 *Special Assistant to the Attorney General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

KWAME RAOUL
 *Attorney General*
 *State of Illinois*
By: */s/ Aleeza Strubel*
*Aleeza Strubel
 *Complex Litigation Counsel*
*Elizabeth H. Jordan
 *Social Equity Counsel*
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Aleeza.Strubel@ilag.gov
Elizabeth.Jordan@ilag.gov

*Counsel for the State of Illinois*

JOSHUA L. KAUL
 *Attorney General*
 *State of Wisconsin*
By: */s/ Faye B. Hipsman*
Faye B. Hipsman
 *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov

*Counsel for the State of Wisconsin*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

Dated: April 21, 2026

*/s/ Lindsay C. Harrison*

Lindsay C. Harrison (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com