**SECOND SUPPLEMENTAL DECLARATION OF**
**AAU PRESIDENT BARBARA R. SNYDER**

I, Barbara R. Snyder, declare as follows:

1.      I am President of the Association of American Universities ("AAU").

2.      I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by AAU personnel and personnel from our member universities and could testify thereto.

3.      I understand that the Department of Education (the "Department") will employ a new contractor to support IPEDS data collection, including the ACTS survey component, effective April 30, 2026.

4.      According to publicly available federal procurement records on USASpending.gov, the Department of Education—via its subagency the Institute of Education Sciences—has awarded a new contract (PIID 91990026F0032) to Applied Engineering Management Corporation ("AEM") to support the IPEDS data collection platform. A true and correct copy of the publicly available contract record is attached hereto as Exhibit 1.

5.      My understanding is that, pursuant to this newly awarded contract, AEM will replace RTI International ("RTI") in its role supporting IPEDS, including the ACTS collection, in less than two weeks, on April 30, 2026.

6.      Throughout this litigation, Defendants have pointed to the role of RTI in supporting the IPEDS data collection. In particular, Defendants have emphasized RTI's longstanding relationship with NCES.

7.      Now, there will be turnover in the contractor responsible for the IPEDS data collection system, including the ACTS survey component. This change comes mid-collection for many institutions, when they are in the process of resolving errors, seeking guidance from the

1

IPEDS Help Desk, and navigating the complex submission process. AAU member institutions are concerned about the effect of a transition between contractors, including the ability of a brand new contractor to provide needed support for collection efforts should they proceed. Moreover, AAU member institutions remain concerned about the continued enforcement and privacy risks we have highlighted in past declarations and briefing.

8.     I am not aware of any communication from the Department to institutions of higher education regarding this contractor transition or how it may affect the ongoing ACTS data collection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2026, in Washington, D.C.

BARBARA R. SNYDER

2