# EXHIBIT 1

 An official website of the United States government
Here's how you know ⌄

 USASPENDING.gov                                    ☰

**Delivery Order (DO)**



PIID   91990026F0032
Not Started

**Unlinked Award**

Awarding Agency

**Department of Education (ED)**

Recipient

**APPLIED ENTERPRISE MANAGEMENT CORPORATION**

13880 DULLES CORNER LN
STE 300
HERNDON, VA 20171-4687
UNITED STATES

Congressional District: VA-11  ⓘ

Related Awards  ⓘ

Parent Award Unique Key

**CONT_IDV_91990023D0008_9100**

Dates  ⓘ

| | |
|---|---|
| Start Date | Apr 30, 2026 |
| Current End Date | Apr 29, 2028 |
| Potential End Date | Apr 29, 2031 |

## $ Award Amounts



**$8.4 Million**
Obligated Amount

**$8.4 Million**
Current Award Amount

**$29.9 Million**
Potential Award Amount

| Outlayed Amount |
| --- |
| $0.00 |
| Obligated Amount |
| $8,388,570.42 |
| Current Award Amount |
| $8,388,570.42 |

AWARD PROFILE
# Contract Summary

## 💬 Description

INTEGRATED POSTSECONDARY EDUCATION DATA SYSTEM WEB-BASED DATA COLLECTION (IPEDS)

**North American Industry Classification System (NAICS)  Code** 🗒

54 : Professional, Scientific, and Technical Services

5416: Management, Scientific, and Technical Consulting Services

**541611: Administrative Management and General Management Consulting Services**

**Product or Service Code  (PSC)** 🗒

SERVICES

B: SPECIAL STUDIES/ANALYSIS, NOT R&D

B5: SPECIAL STUDIES - NOT R and D

**B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL**

## 📈 Contract Activity ⓘ



▦ View transactions table

 **Federal Accounts**                                                                               ⓘ

> ⚠  **This award has not been linked to any federal account.**

## ↺ Award History

This section displays the awards:

**Transaction History -** Displays modification records for an award. Each modification appears as a row in the table below.

**Sub-Awards -** Displays any sub-contracts reported by this contract's recipient (the 'prime recipient' in the sub-award context). Sub-contracts are contractual agreements that a prime recipient makes with another entity (sub-recipient) to furnish supplies or services for the prime contract. Above the Sub-Award table, we display the total number of reported sub-contract actions and their total value.

**Federal Account Funding -** Each row in this table shows a transaction in the awarding agency's financial system that promises spending for the award from a federal account (a rollup of TAS, or Treasury accounts), broken down by program activity and object class.

| Transaction History  1 | Sub-Awards  0 | Federal Account Funding  0 |
|---|---|---|

| Modification Number | Action Date | Amount | Action Type | Tran |
|---|---|---|---|---|
| 0 | 04/15/2026 | $8,388,570 | -- | INTI DAT. |

< **1** >

1-1 of 1 results

## ℹ Additional Information

Expand All

### 🔒 Unique Award Key ⌄

| | |
|---|---|
| Unique Award Key | CONT_AWD_91990026F0032_9100_91990023D0008_9100 |
| Award or IDV Flag | Contract Award |
| Procurement Instrument Identifier (PIID) | 91990026F0032 |
| Submitting Agency Identifier Code | 9100 |
| Parent Award ID (Parent PIID) | 91990023D0008 |
| Parent Agency Identifier Code | 9100 |

### 🏛 Agency Details ⌄

| | |
|---|---|
| Awarding Agency | Department of Education (ED) |
| Awarding Sub-Agency | Department of Education |
| Awarding Office | CONTRACTS AND ACQUISTIONS MANAGEMEN |
| Funding Agency | Department of Education (ED) |
| Funding Sub-Agency | Department of Education |
| Funding Office | INSTITUTE OF EDUCATION SCIENCES |

### 🕸 Parent Award Details ⌄

| | |
|---|---|
| Parent Award Unique Key | CONT_IDV_91990023D0008_9100 |
| Parent Award ID (Parent PIID) | 91990023D0008 |
| Parent IDV Type | IDC |
| Parent IDV Agency Name | Department of Education |

| | |
|---|---|
| Parent IDV Sub-Agency Name | Department of Education |
| Multiple Or Single Parent Award IDV | MULTIPLE AWARD |

## Place Of Performance

| | |
|---|---|
| Address | HERNDON, VA 20171-4687<br>UNITED STATES |
| Congressional District | VA-11  |

## Period Of Performance

| | |
|---|---|
| Start Date | 04/30/2026 |
| End Date | 04/29/2028 |
| Potential End Date | 04/29/2031 |

## Legislative Mandates

| | |
|---|---|
| Clinger-Cohen Act Compliant | NO |
| Subject to Construction Wage Rate Requirements | NO |
| Subject to Labor Standards | YES |
| Subject to Materials, Supplies, Articles & Equipment | NO |

## Recipient Details

| | |
|---|---|
| Recipient | APPLIED ENTERPRISE MANAGEMENT CORPORATION |
| Recipient Identifier | LJSWW81RS9G7 (UEI  ) |
| Parent Recipient | APPLIED ENTERPRISE MANAGEMENT CORPORATION |
| Parent Recipient Identifier | LJSWW81RS9G7 (UEI  ) |
| Recipient Address | 13880 DULLES CORNER LN STE 300<br>HERNDON, VA 20171-4687<br>UNITED STATES |
| Congressional District | VA-11 |
| Business Types | Category Business<br>Corporate Entity Not Tax Exempt<br>Not Designated a Small Business<br>Special Designations |

U.S.-Owned Business
Woman Owned Business

## Acquisition Details

| | |
|---|---|
| Product or Service Code (PSC) | B542: SPECIAL STUDIES/ANALYSIS- EDUCATIONAL |
| North American Industry Classification System (NAICS) Code | 541611: ADMINISTRATIVE MANAGEMENT AND GENERAL MANAGEMENT CONSULTING SERVICES |
| DoD Claimant Code | -- |
| DOD Acquisition Program | -- |
| Information Technology Commercial Item Category | -- |
| Sea Transportation | -- |

## Competition Details

| | |
|---|---|
| Solicitation ID | 91990026Q0007 |
| Solicitation Procedures | MAFO: SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY |
| Number of Offers Received | 3 |
| Extent Competed | A: FULL AND OPEN COMPETITION |
| Other Than Full and Open Competition | -- |
| Set-Aside Type | -- |
| Commercial Item Acquisition Procedures | D: COMMERCIAL PRODUCTS/SERVICES PROCEDURES NOT USED |
| Simplified Procedures for Certain Commercial Items | NO |
| Evaluated Preference | NO PREFERENCE USED |
| Fed Biz Opps | YES |
| Small Business Competitiveness Demonstration Program | FALSE |

## Additional Details

| | |
|---|---|
| Contract Type | DELIVERY ORDER |
| National Interest Action | -- |

| | |
|---|---|
| Cost or Pricing Data | NO |
| Domestic or Foreign Entity | U.S. OWNED BUSINESS |
| Fair Opportunity Limited Sources | FAIR OPPORTUNITY GIVEN |
| Foreign Funding | NOT APPLICABLE |
| Interagency Contracting Authority | NOT APPLICABLE |
| Major Program | -- |
| Subcontracting Plan | F: INDIVIDUAL SUBCONTRACT PLAN |
| Multi Year Contract | NO |
| Consolidated Contract | NOT CONSOLIDATED |

### Executive Compensation ⌄

| | |
|---|---|
| Officer 1 | S M DEMONSABERT - $1,400,000 |
| Officer 2 | M A PABUSTAN - $1,110,000 |
| Officer 3 | T K HADDUCK - $1,150,000 |
| Officer 4 | M C BLEVINS - $3,100,000 |
| Officer 5 | W R DEMONSABERT, JR. - $1,233,915 |

# Stay in touch

## Your USAspending ideas

We're looking for your ideas! Tell us what you want to see on USAspending.gov.

**Tell Us →**

## How to search USAspending.gov

Learn how you can search for federal spending in your area with our new Featured Content.

**Learn More** →

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

**Sign Up** →

---

## Building a more transparent government.

Providing publicly accessible and searchable data on what the federal government spends each year.

### ABOUT

Mission

### HELP

FAQs

Community

Email Us

### RELATED SITES

Fiscal Data

Bureau of the Fiscal Service

    

Accessibility

|

Privacy Policy

Freedom of Information Act

D&B Information

© 2026 USAspending.gov