# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS,
*et al.,*

*Plaintiffs,*

v.

U.S. DEPARTMENT OF EDUCATION,
*et al.,*

*Defendants*.

Case No. 1:26-cv-11229-FDS

## PLAINTIFFS' SECOND SUPPLEMENTAL LETTER
## REGARDING ACTS SURVEY CONTRACTORS

Plaintiffs and Plaintiffs-Intervenors have been notified by Defendants' counsel that the Department of Education's IPEDS contract with RTI International does not end until next year, and that there will be overlap between the RTI and Applied Engineering Management Corp. contracts. Plaintiffs and Plaintiffs-Intervenors thus understand the Department anticipates a longer transition period between the two contractors.

Dated: April 22, 2026

ANDREA JOY CAMPBELL
   *Attorney General*
   *Commonwealth of Massachusetts*
By: /s/ *Michelle R. Pascucci*
Michelle R. Pascucci
   *State Trial Counsel*
Laila M. Ameri
Jared B. Cohen
Carol Guerrero
   *Assistant Attorneys General*
1 Ashburton Pl.
Boston, MA 02108
michelle.pascucci@mass.gov
laila.ameri@mass.gov
jared.b.cohen@mass.gov

Respectfully submitted,

JENNER & BLOCK LLP

/s/ *Lindsay C. Harrison*

Ishan K. Bhabha (pro hac vice)
Lindsay C. Harrison (pro hac vice)
Elizabeth Henthorne (pro hac vice)
Hilary Ledwell (pro hac vice)
Mary-Claire Spurgin (pro hac vice)
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
IBhabha@jenner.com
LHarrison@jenner.com
BHenthorne@jenner.com

1

carol.guerrero@mass.gov

*Counsel for the Commonwealth of Massachusetts*

HLedwell@jenner.com
MSpurgin@jenner.com
Shoba Pillay, BBO No. 659739
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
SPillay@jenner.com

*Counsel for Plaintiff Associations Association of American Universities, Association of Independent Colleges and Universities in Massachusetts, Connecticut Conference of Independent Colleges, Maine Independent Colleges Association, North Carolina Independent Colleges and Universities, and Oregon Alliance of Independent Colleges and Universities*

HOLLAND & KNIGHT, LLP

/s/ *Jeffrey J. Nolan*

Jeffrey J. Nolan (BBO #625091)
Holland & Knight, LLP
10 Saint James Avenue
15th Floor
Boston, MA 02116
Telephone: (617) 854-1459
Jeffrey.Nolan@hklaw.com

*Attorneys for the ICG Plaintiff-Intervenors*

ANTHONY G. BROWN
   *Attorney General for the State of Maryland*
By: /s/ *Virginia A. Williamson*
Virginia A. Williamson
   *Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
vwilliamson@oag.maryland.gov

*Counsel for the State of Maryland*

ROB BONTA
   *Attorney General for the State of California*
By: /s/ *Delbert Tran*
Delbert Tran
   *Deputy Attorney General*
Michael L. Newman
   *Senior Assistant Attorney General*
Virginia Corrigan
   *Supervising Deputy Attorney General*
Brandy Doyle
Nicholas Keats
Kenneth Sugarman
   *Deputy Attorneys General*
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
(415) 510-3563
Michael.Newman@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Brandy.Doyle@doj.ca.gov
Nicholas.Keats@doj.ca.gov

2

Kenneth.Sugarman@doj.ca.gov
Delbert.Tran@doj.ca.gov

*Counsel for the State of California*

JENNIFER DAVENPORT
　　*Attorney General of New Jersey*
By: /s/ *Nancy M. Trasande*
Nancy M. Trasande
　　*Civil Rights Section Chief*
Jonathan B. Mangel
　　*Deputy Attorney General*
Jillian Lewis Ollwerther
　　*Deputy Attorney General*
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 696-5365
Nancy.Trasande@law.njoag.gov
Jonathan.Mangel@law.njoag.gov
Jillian.Ollwerther@law.njoag.gov

　*Counsel for the State of New Jersey*

AARON D. FORD
　　*Attorney General*
By: /s/ *K. Brunetti Ireland*
K. Brunetti Ireland
　　*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for the State of Nevada*

LETITIA JAMES
　　*Attorney General of New York*
By: /s/ *Jessica Ranucci*
Jessica Ranucci
*Special Counsel*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
28 Liberty Street
New York, NY 10005
(929) 736-3392
jessica.ranucci@ag.ny.gov

*Counsel for the State of New York*

PHILIP J. WEISER
　　*Attorney General of Colorado*
By: /s/ *Nora Passamaneck*
Nora Passamaneck
　　*Senior Assistant Attorney General*
Sarah H. Weiss
　　*Senior Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
nora.passamaneck@coag.gov
sarah.weiss@coag.gov

*Counsel for the State of Colorado*

DAN RAYFIELD
　　*Attorney General of Oregon*
By: /s/ *Leanne E. Hartmann*
Leanne E. Hartmann
　　*Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Derek.Olson@doj.oregon.gov

*Counsel for the State of Oregon*

WILLIAM TONG
　　*Attorney General of Connecticut*
By: /s/ *Mary Lenehan*
Mary Lenehan
　　*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Mary.Lenehan@ct.gov

*Attorney for the State of Connecticut*

3

PETER F. NERONHA
    *Attorney General of Rhode Island*
By: /s/ *Chandana Pandurangi*
*Chandana Pandurangi
    Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
cpandurangi@riag.ri.gov

*Counsel for the State of Rhode Island*


CHARITY R. CLARK
    *Attorney General of Vermont*
By: /s/ *Ryan P. Kane*
Ryan P. Kane
    *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov


*Counsel for the State of Vermont*


JAY JONES
    *Attorney General of Virginia*
By: /s/ *Tillman J. Breckenridge*
Tillman J. Breckenridge
    *Solicitor General*
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, Virginia 23219
(804) 786-2071
solicitorgeneral@oag.state.va.us

*Counsel for the Commonwealth of Virginia*


KATHLEEN JENNINGS
    *Attorney General of the State of Delaware*
By: /s/ *Ian R. Liston*
Ian R. Liston
    *Director of Impact Litigation*
Rose E. Gibson
Vanessa L. Kassab
    *Deputy Attorneys General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Counsel for the State of Delaware*


ANNE E. LOPEZ
    *Attorney General for the State of Hawaiʻi*
By: /s/ *Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes
    *Solicitor General*
David D. Day
    *Special Assistant to the Attorney General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov


*Counsel for the State of Hawaiʻi*
KWAME RAOUL
    *Attorney General
    State of Illinois*
By: /s/ *Aleeza Strubel*
*Aleeza Strubel
    Complex Litigation Counsel*
*Elizabeth H. Jordan
    Social Equity Counsel*
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Aleeza.Strubel@ilag.gov
Elizabeth.Jordan@ilag.gov

*Counsel for the State of Illinois*

4

NICHOLAS W. BROWN
  *Attorney General*
  *State of Washington*
By: /s/ *Molly Powell*
Molly Powell
Mina Shahin
  *Assistant Attorneys General*
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
molly.powell@atg.wa.gov
mina.shahin@atg.wa.gov

*Counsel for the State of Washington*

JOSHUA L. KAUL
  *Attorney General*
  *State of Wisconsin*
By: /s/ *Faye B. Hipsman*
Faye B. Hipsman
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov

*Counsel for the State of Wisconsin*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

Dated: April 22, 2026

*/s/ Lindsay C. Harrison*

Lindsay C. Harrison (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
Tel: (202) 639-6000
LHarrison@jenner.com