**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
| *Plaintiffs*, | |
| *v.* | Case No.1:26-cv-11229 |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | |
| *Defendants*. | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' AND**
**PLAINTIFF INTERVENORS' SUPPLEMENTAL LETTER**
**REGARDING ACTS SURVEY CONTRACTORS**

On April 20, 2026, Plaintiffs and Plaintiff-Intervenors filed a "Supplemental Letter Regarding ACTS Survey Contractors" stating that "in a little over a week, longtime IPEDS contractor RTI International will be replaced." Pls.' Suppl. Letter, ECF No. 177 at 1. After undersigned counsel for Defendants informed counsel for Plaintiffs and Plaintiff-Intervenors that their statement was not accurate, they filed a further supplemental letter stating that RTI's contract "does not end until next year." Pls.' Second Suppl. Letter, ECF No. 179 at 1. Defendants now respond to provide more detail. RTI's contract with the Department of Education does not end until April 14, 2027. *See* Contract to Research Triangle Institute, USAspending.gov, https://www.usaspending.gov/award/CONT_AWD_91990022F0021_9100_GS00Q14OADU217 _4732 (last visited April 21, 2026). Thus, RTI will continue to support the Department's IPEDS data collection and processing efforts for another year. That year will provide ample time for RTI to support the ACTS component data collection and processing efforts, and transition to a new contractor.

1

Even if it were the case that, as Plaintiffs and Plaintiff-Intervenors initially asserted, the Department was replacing its IPEDS contractor over the course of weeks rather than over the course of a year—and it is not—that later development would post-date the final agency action challenged by Plaintiffs and Plaintiff-Intervenors and is thus irrelevant to their Administrative Procedure Act claims. "[T]the focal point for judicial review" of APA claims "should be the administrative record already in existence, not some new record made initially in the reviewing court." *Camp v. Pitts*, 411 U.S. 138, 142 (1973).

Dated:  April 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General


MICHELLE BENNETT
Assistant Director, Federal Programs Branch


*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS (D.C. Bar 1658394)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel:  (202) 531-1325
brittany.s.bruns@usdoj.gov
*Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

Dated:  April 22, 2026                                  Respectfully submitted,


                                                        */s/ Brittany S. Bruns*
                                                        BRITTANY S. BRUNS