**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **COMMONWEALTH OF MASSACHUSETTS, et al.,** ) ) ) ) **Plaintiffs,** ) ) **v.** ) ) **DEPARTMENT OF EDUCATION, et al.,** ) ) **Defendants.** ) ) | **Civil Action No. 26-11229-FDS** |

<u>**PRELIMINARY INJUNCTION AS TO INTERVENOR-PLAINTIFFS**</u>

Pursuant to Fed. R. Civ. P. 65, after a hearing, and for the reasons set forth in the Court's forthcoming Memorandum and Order on Motion of Intervenors for Preliminary Injunctive Relief or a Stay, the Court hereby preliminarily ENJOINS defendants the United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education (collectively, "defendants"), as follows:

1. Pending further order of the Court or trial on the merits of this action, defendants shall not enforce any deadline for compliance with the IPEDS Admissions and Consumer Transparency Supplement (the "ACTS survey component") against any member colleges or universities of the Association of American Universities; the Association of Independent Colleges and Universities in Massachusetts; the Connecticut Conference of Independent Colleges; the Maine Independent Colleges Association; the North Carolina Independent Colleges and Universities; the Oregon Alliance of Independent Colleges and Universities; or against Barnard College, Bryn Mawr College, Middlebury College, Sarah Lawrence College, Swarthmore College, or Vassar College (collectively, "plaintiff-intervenors").

2

2.      Pending further order of the Court or trial on the merits of this action, defendants shall not seek civil penalties, bring any enforcement action, or otherwise penalize plaintiff-intervenors in any manner for not submitting the data required by the ACTS survey component.

3.      Pending further order of the Court, plaintiff-intervenors shall take reasonable steps to preserve data within their possession that is responsive to the ACTS survey component such that they would be able to respond to the ACTS survey component in good faith if this preliminary injunction is later modified or overturned.

4.      Pursuant to Fed. R. Civ. P. 65(c), plaintiff-intervenors shall post with this Court a bond of $100 within seven days.

**So Ordered.**


                                          /s/  F. Dennis Saylor IV
                                          F. Dennis Saylor IV
Dated at Boston, Massachusetts            United States District Judge
April 24, 2026, 3:00 p.m.

2