# Holland & Knight

10 St. James Avenue | Boston, Massachusetts 02116 | T +1.617.523.2700 | F +1.617.523.6850
Holland & Knight LLP | www.hklaw.com

Jeffrey J. Nolan
+1 617-854-1459
Jeffrey.Nolan@hklaw.com

April 28, 2026

**BY HAND DELIVERY**

Clerk, Civil Business
United States District Court for the District of
Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02210

> Re:    Commonwealth of Massachusetts, et al. v. Department of Education, et al.
>        United States District Court, Civil Action No. 1:26-11229-FDS

Dear Sir/Madam:

Please find enclosed a check in the amount of $100, which is being submitted on
behalf of the plaintiff-intervenors in the above-referenced action, pursuant to paragraph
4 of Judge Saylor's April 24, 2026 Preliminary Injunction as to Intervenor-Plaintiffs (No.
ECF 185).

Sincerely yours,

HOLLAND & KNIGHT LLP

Jeffrey J. Nolan

JJN/jen
Enclosure