### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON, and STATE OF WISCONSIN,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of Education; OFFICE OF MANAGEMENT AND BUDGET; and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>*Defendants*. | Case No.1:26-cv-11229 |

**DEFENDANTS' MOTION SEEKING REMAND WITHOUT VACATUR**

Defendants the Department of Education, Linda McMahon, in her official capacity as Secretary of Education; Office of Management and Budget, and Russell Vought, in his official capacity as Director of the Office of Management and Budget, respectfully move for a remand, without vacatur, to the Department of Education, until June 19, 2026.

As set forth in the accompanying memorandum, Defendants seek a short remand to the Department of Education, without vacatur, to permit the Department of Education to provide further explanation of its reasoning at the time of the promulgation of the Admissions Consumer

1

Transparency Supplement (ACTS) component of the Integrated Postsecondary Education Data System (IPEDS) challenged in this litigation.  As set forth in the accompanying memorandum, Defendants ask this Court to maintain its jurisdiction over this case during the remand.

Defendants respectfully request that this Court grant Defendants' motion seeking remand without vacatur in the above-captioned action.

Dated:  May 19, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General


MICHELLE BENNETT
Assistant Director, Federal Programs Branch


*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS (D.C. Bar 1658394)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel:  (202) 531-1325
brittany.s.bruns@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

Dated:  May 19, 2026                         Respectfully submitted,


                                        */s/ Brittany S. Bruns*
                                        BRITTANY S. BRUNS