**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> U.S. DEPARTMENT OF EDUCATION *et al.,* <br><br> *Defendants*. | Case No.1:26-cv-11229 |

**DEFENDANTS' UNOPPOSEDMOTION TO AMEND
DEFENDANTS' MOTION SEEKING REMAND WITHOUT VACATUR**

Defendants the Department of Education; Linda McMahon, in her official capacity as Secretary of Education; Office of Management and Budget; and Russell Vought, in his official capacity as Director of the Office of Management and Budget, respectfully seek leave to amend their motion seeking remand without vacatur to change the end date for the requested remand from June 19, 2026, to 21 days after this Court rules on the pending motion seeking remand without vacatur.

As explained in the original motion, the government seeks a short remand to the Department of Education, without vacatur, to permit the Department of Education to provide further explanation of its reasoning at the time of the promulgation of the Admissions Consumer Transparency Supplement (ACTS) component of the Integrated Postsecondary Education Data System (IPEDS) challenged in this litigation. Defs.' Mot. Seeking Remand Without Vacatur, ECF No. 195. When the motion was filed, the government proposed a remand period ending on June 19, 2026. Because that date is now imminent and the Court has not yet ruled on the motion, the

1

government requests that the proposed end date be modified to run 21 days from the date of any order granting remand.

The proposed amendment would not alter the nature of the voluntary remand without vacatur sought by the government nor would it prejudice any party; it merely adjusts the proposed remand period to give the Court sufficient time to decide the pending motion for remand without vacatur.

Counsel for the government conferred with counsel for Plaintiffs and Plaintiff-Intervenors prior to filing this motion.  Counsel for Plaintiffs and for Plaintiff-Intervenors maintain the position set forth in their oppositions to Defendants' motion seeking remand without vacatur, but do not oppose this motion to amend.

Dated: June 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS (D.C. Bar 1658394)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel:  (202) 531-1325
brittany.s.bruns@usdoj.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

Dated:  June 17, 2026

/s/ Brittany S. Bruns
BRITTANY S. BRUNS
Trial Attorney