AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

COMMONWSEALTH OF MASSACHUSETTS, et al.,
*Plaintiff*
v.
U.S. DEPARTMENT OF EDUCATION, et al.,
*Defendant*

Case No. 1:26-cv-11229

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New Mexico. .

Date: 08/25/2026

/s/ Benjamin Osborn
*Attorney's signature*

Benjamin Osborn, NM Bar No. 19440
*Printed name and bar number*

201 Third Street, NW
Albuquerque, NM 87102
*Address*

bosborn@nmdoj.gov
*E-mail address*

(505) 917-5588
*Telephone number*

*FAX number*

Print Save As... Reset