**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>U.S. DEPARTMENT OF EDUCATION *et al.,*<br><br>*Defendants*. | Case No.1:26-cv-11229 |

**NOTICE OF SUPPLEMENTAL EXPLANATION OF AGENCY ACTION**

Pursuant to this Court's order of August 11, 2026, ECF No. 213, Defendant the United States Department of Education provides this notice of the posting for public inspection of the supplemental explanation of the Department's promulgation of the Admissions and Consumer Transparency Supplement (ACTS) to the Integrated Postsecondary Education Data System (IPEDS). The supplemental explanation is available for public inspection at https://www.federalregister.gov/public-inspection/2026-18735/integrated-postsecondary-education-data-system-2025-26-through-2026-27-admissions-and-consumer and will be published in the Federal Register on Monday, September 14, 2026.

Dated: September 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS (D.C. Bar 1658394)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L ST. N.W.
Washington, DC 20005
Tel: (202) 531-1325
brittany.s.bruns@usdoj.gov

*Counsel for Defendants*